UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )

v. ) Criminal No. 05 CR 10057-RCL

)

ABDUL RAZZAQUE AHMED )

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the

indictment be sealed (and that no person shall disclose the return of the indictment except when necessary

for the issuance and execution of a warrant) until the defendant, Abdul Razzaque Ahmed, is in custody in the

above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: Jeremy M. Sternberg
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3142

Date: March 15, 2005

*(handwritten left margin)* 3/15/05 Motion to seal allowed. /s/ Judith Gail Dein USMJ