UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| vs. | ) ) | CRIMINAL NO. 05-10057-RCL |
| ABDUL RAZZAQUE AHMED | ) ) ) ) | |

## GOVERNMENT'S MOTION TO REMOVE SEAL

The United States Attorney hereby respectfully moves the Court to remove the seal with respect to all documents already filed, or to be filed, in this matter because defendant Abdul Razzaque Ahmed has been arrested and is in custody of the Government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3142

SO ORDERED:

/s/ Judith Gail Dein
JUDITH DEIN
United States Magistrate Judge
Date: 3/16/05