UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 15  P 2: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10057-RCL |
| | ) |
| ABDUL RAZZAQUE AHMED, | ) |
| Defendant. | ) |

### POST-INDICTMENT RESTRAINING ORDER

 SEALED

**LINDSAY , J.:**

The United States has made an *ex parte* application to this Court, pursuant to 21 U.S.C. § 853(e)(1)(A), for a restraining order to preserve the availability of certain property that is subject to forfeiture in the above-styled criminal action. Upon consideration of the Government's application, and the Indictment of Abdul Razzaque Ahmed ("Ahmed"), it appears to the Court that there is reasonable cause to enter a restraining order to preserve the subject property based upon the following:

1. That a federal grand jury of this district has returned an Indictment against Ahmed on March 15, 2005, on charges of, *inter alia*, Conspiracy, in violation of 18 U.S.C. § 371; Mail Fraud, in violation of 18 U.S.C. § 1341; Health Care Fraud, in violation of 18 U.S.C. § 1347; and Money Laundering, in violation of § 1956. The Indictment also seeks the criminal forfeiture under 18 U.S.C. § 981(a)(1)(C) and (a)(7) of certain property in which the Defendant holds an interest.

2. That the federal grand jury's indictment of Ahmed, which specifically identified property as being subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) and (a)(7), establishes sufficient probable cause for the issuance of this restraining order.

3. That in the event Ahmed is convicted of the charges alleged in said Indictment, the subject property would be subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) and (a)(7).

4. That the need to preserve the availability of the subject property through the entry of the order requested herein outweighs the hardship on any party against whom the order is to be entered.

5. That any third party claims to the subject property may be properly brought and resolved in ancillary proceedings conducted by this Court following the execution of a Preliminary Order of Forfeiture in accordance with the provisions of federal forfeiture law.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED:**

That, effective immediately, Abdul Razzaque Ahmed ("Ahmed"), his agents, servants, employees, attorneys, family members and those persons in active concert or participation with him, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby

RESTRAINED, ENJOINED, AND PROHIBITED, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of said property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, in the following property:

a. $5,418,601.07 in United States currency;

b. all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 260 Fisher Avenue, Brookline, Massachusetts, more particularly described in the Norfolk County (Massachusetts) Registry of Deeds Book 10596, Page 409 ;

c. all funds contained in or credited to account number XXX-11072, and all sub-accounts of that account, in the name of Dr. A. Razzaque Ahmed, at Quick & Reilly Brokerage, c/o Bank of America Investment Services, Inc., NY5-513-15-15, 26 Broadway, New York 10004;

    d.    all funds contained in or credited to account number XXXXXX4640, and all sub-accounts of that account, in the name of Abdul Razzaque Ahmed, at Fleet Bank (Bank of America), 175 Federal Street, Boston, Massachusetts 02210;

    e.    all funds contained in or credited to account number XXXXXX3508, and all sub-accounts of that account, in the name of Abdul Razzaque Ahmed, at Fleet Bank (Bank of America), 175 Federal Street, Boston, Massachusetts 02210;

    f.    all funds contained in or credited to account number XXXXXX6195, and all sub-accounts of that account, in the name of Blistering Diseases Ambulatory Treatment Center, Inc., at Fleet Bank (Bank of America), 175 Federal Street, Boston, Massachusetts 02210,

(the "Subject Assets").

IT IS FURTHER ORDERED that the property owner(s) are required to maintain the present condition of the real property subject to this Order, including timely payment of all loans and fees, until further order of this Court.

IT IS FURTHER ORDERED that the United States or any Subject of this Order may seek modifications of this Order if it is deemed necessary by them to preserve their interest in the subject property.

IT IS FURTHER ORDERED that the United States Marshal or his designee, or any other appropriate agent of the United States, shall promptly serve a copy of this Restraining Order upon Abdul Razzaque Ahmed, his attorneys, and any other individuals and/or financial institutions having or believed to have an interest in the Subject Assets. An <u>unredacted</u> copy of this Restraining Order may be served upon the financial institutions for purposes of complying with this Order.

IT IS FURTHER ORDERED that the United States shall promptly report to the Court the value of each Asset restrained, as of the date the Restraining Order is served.

THIS RESTRAINING ORDER shall remain in full force and effect until further order of this Court.

DONE this the _____ day of March, 2005.

_____
United States District Judge