AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

### APPEARANCE

Case Number: 05-10057-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   A. Razzaque Ahmed,

Date   3/16/05

Signature: [signed]

Print Name: Richard M. Egbert

Address: 99 Summer St

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-737-8222