♎AO 98  (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

_Abdul Razzaque Ahmed_
Defendant

Case Number: _05-10057-RCL_

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _5,000,000 ⁰⁰/₁₀₀_ —————in cash or _secured by real property_ (describe other security.)
_360 Fisher Street, Brookline_
The conditions of this bond are that the _Abdul Razzaque Ahmed_
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _3/21/05_ at _USDC Boston, MA_
                              Date                                Place

Defendant _Razzaque Ahmed_   Address _360 Fisher Ave Brookline, MA_
Surety _____   Address _Tel No 617-731-2280_
Surety _____   Address _____

Signed and acknowledged before me _3/21/05_
                                     Date

_Thomas Y. Quinn_
Judicial Officer/Clerk

Approved _____
         Judicial Officer