UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10057-RCL |
| vs. | ) | |
| | ) | |
| ABDUL RAZZAQUE AHMED | ) | |
| | ) | |

### GOVERNMENT'S REPORT REGARDING VALUE OF RESTRAINED ASSETS

Pursuant to the Court's March 15, 2005 Post-Indictment Restraining Order, the Government hereby reports, by means of the attached chart, to the Court the value of each Asset restrained as of March 16, 2005, the date of that restraint. The Government notes that the home appraisal was done in October 2003, and was done only from an exterior viewing of the home. The Government also notes that the primary investment account at Banc of America Securities, Inc. is invested in mutual funds, which fluctuate on a daily basis. The Government respectfully requests that the Court decide any requests to modify the Post-Indictment Restraining Order only

after the conclusion of the detention hearing in this matter.

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

By:  /s/ Shelbey D. Wright
    Shelbey D. Wright
    Jeremy M. Sternberg
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Tel: (617) 748-3100

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Richard M. Egbert, Law Offices of Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110

This 21st day of March 2005.

              /s/ Jeremy M. Sternberg
              Jeremy M. Sternberg
              Assistant U.S. Attorney

*Pursuant to U.S. District Court Restraining Order, Criminal No. 05-10057-RCL*
*United States of America v. ABDUL RAZZAQUE AHMED, Defendant*

| Financial Institution | Account Number | | Balance Restrained on 3/16/2005 |
|---|---|---|---|
| Banc of America Investment Services, Inc. | XXX-11072 | *Money Fund* | $ 495.12 |
| Banc of America Investment Services, Inc. | XXX-11072 | *Mutual Funds* | $ 5,589,017.00 |
| | | a/c XXX-11072 | $ 5,589,512.12 |
| Fleet Bank (Bank of America) | XXXXXX4640 | | $ 599,207.62 |
| Fleet Bank (Bank of America) | XXXXXX3508 | | Closed on 1/9/04 |
| Fleet Bank (Bank of America) | XXXXXX6195 | | $ 543,002.87 |

**Total Funds Restrained  $ 6,731,722.61**

### Residence

260 Fisher Avenue, Brookline, MA

Appraised Value as of October 27, 2003                                             $ 1,410,000.00
Liens and Encumbrances Title Search, effective date 10/09/03

| | Mortgage | $400,000.00 |
|---|---|---|
| | Judgment | None Found |
| | Federal Tax Liens | None Found |
| | Lis Pendens | None Found |
| | Mechanics Lien | None Found |

Total Liens/Judgments                                                                         $    400,000.00

**Net Equity  $ 1,010,000.00**

**Total Assets Restrained  $ 7,741,722.61**