AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ABDUL RAZZAQUE AHMED

**APPEARANCE**

Case Number: 05-10057-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America

I certify that I am admitted to practice in this court.

March 23, 2005
Date

Signature

Michael K. Loucks        305520
Print Name                Bar Number

1 Courthouse Way, Suite 9200
Address

Boston          MA      02210
City            State   Zip Code

617-748-3185    617-748-3675
Phone Number    Fax Number