# QUITCLAIM DEED

I, A. Razzaque Ahmed, of 260 Fisher Avenue, Brookline, Suffolk County, Massachusetts, for consideration of Five Million Dollars ($5,000,000.00) grant to United States of America, with quitclaim covenants

The parcel of land, with buildings thereon, in said Brookline known and numbered as 260 Fisher Avenue in said town, bounded and described as follows:

| | |
|---|---|
| NORTHEASTERLY | by said Fisher Avenue one hundred and ten (110) feet; |
| SOUTHEASTERLY | in part by land now or lately of Oppenheim and in part by land now or lately of Noonan, one hundred and forty (140) feet; |
| SOUTHWESTERLY | by land now or lately of Adler, eighty-three (83) feet; and |
| NORTHWESTERLY | by land now or lately of Keller, one hundred and forty (140) feet; |

Containing 13,658 square feet, more or less, as said parcel is shown on a plan of land entitled "Plan of Land in Brookline, Mass.," By Ernest W. Bowditch, Engineer, dated October 10, 1894, and recorded with Norfolk Deeds, Book 726, Page 253.

Said premises are conveyed subject to zoning restrictions and other restrictions of record, so far as the same may now be in force and applicable.

Meaning and intended to convey and hereby conveying the same premises conveyed to the grantors herein by deed dated July 13, 1994 and recorded at the Norfolk County Registry of Deeds in Book 10596, Page 409.

No documentary stamps are attached hereto as none are required by law.

Witness my hand and seal this **24** day of March, 2005.

_A. Razzaque Ahmed_ (signature)

A. Razzaque Ahmed

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                March 24, 2005

On this 24th day of March 2005, before me personally appeared A. RAZZAQUE AHMED and proved to me through satisfactory evidence of identity (a Massachusetts driver's license) to be the person whose name is signed on the foregoing document and acknowledged to me that he signed it voluntarily for its stated purpose.