UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RAZZAQUE AHMED<br><br>Defendant | ) CRIMINAL NO. 05-10057-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### GOVERNMENT'S MOTION
### FOR PROTECTIVE ORDER REGARDING
### INDIVIDUALLY IDENTIFIABLE MEDICAL INFORMATION

Pursuant to Fed. R. Crim. P. 16(d)(1), Local Rule 112.1, and 5 U.S.C. § 552a(b)(11), the Government respectfully requests that this Court enter a protective order regarding the production and use of individually identifiable medical information in this action, to prevent unnecessary disclosure of that information about individual patients and to protect their privacy as much as possible in the preparation and trial of this matter.

As part of the discovery in this action, information regarding the personal medical conditions of various patients of the Defendant will be produced, including from the files of the Defendant, other physicians and the Centers for Medicare and Medicaid Services ("CMS").

Some of those records could conceivably be subject to the Privacy Act, 5 U.S.C. § 552a, (the "Act"). Moreover, simply as a matter of concern for those patients' privacy, it is appropriate to restrict the unnecessary dissemination of such information, limit access to such information to those individuals necessary for preparation of the preparation for and defense to this action, guard against any unnecessary identification of such information in the public record, and to require that the information be returned or destroyed when it is no longer needed. While the Act provides an exception to non-

disclosure for purposes of law enforcement activities, 5 U.S.C. § 552a(b)(7), the Government seeks a protective order to affirmatively protect such individually identifiable medical information from any unnecessary further disclosure. 5 U.S.C. §552a(b)(11).

For the above reasons, the Government respectfully requests that this motion for a protective order regarding individually identifiable medical information be granted.

A proposed Order is submitted herewith.

MICHAEL J. SULLIVAN<br>
United States Attorney

By: _/s/ Jeremy M. Sternberg_
Michael K. Loucks
Jeremy M. Sternberg
Assistant United States Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

March 30, 2005

### Certificate of Compliance with Local Rule 7.1

I hereby certify that on March 25, 2005, I conferred by telephone with Mr. Egbert, counsel of record for the Defendant, regarding the substance of this motion and was unable to resolve or narrow the issue.

### Certificate of Service

I hereby certify that I served a copy of the foregoing pleading on Richard M. Egbert, Law Offices of Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110, this day by mail, together with the proposed order attached.

_/s/ Jeremy M. Sternberg_
Jeremy M. Sternberg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10057-RCL |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| ABDUL RAZZAQUE AHMED | ) |  |
|  | ) |  |
| Defendant | ) |  |

## PROTECTIVE ORDER

Upon consideration of the government's motion for a protective order in connection with the production of individually identifiable medical information to the defendant, including such information as patient medical records and claims for payment to Medicare, it is hereby:

**ORDERED** that all parties shall keep individually identifiable patient information strictly confidential and shall not disclose that information to any person other than to the patient himself or herself, to the parties, to the parties' attorneys, staff, consultants, investigators, and experts, and to medical personnel involved in an individual patient's care who may be witnesses and their attorneys, as necessary for preparation of the case and defense in this action, and such information shall be used only for purposes of this litigation including as necessary during discovery and preparation for trial; and

**FURTHER ORDERED** that individually identifiable medical information shall not be entered into the public record, either in pleadings or in open Court, unless individual patient identifiers are redacted, submitted under seal, or blind coded to protect patient identities from unnecessary public disclosure, unless the Court otherwise allows for good cause shown; and

**FURTHER ORDERED** that at the conclusion of this litigation, including all appeals, all

individually identifiable medical information shall be returned to the United States Attorney's Office, or destroyed at the direction of the United States Attorney's Office;

**FURTHER ORDERED** that as to all persons who are provided access to individually identifiable medical information in connection with the preparation and defense of this matter, counsel of record shall advise each of these persons of the privacy and confidentiality of such information and their obligation not to disclose the information, and require such person to sign a copy of this Order to affirm their understanding of their obligation not to disclose the information before such information is disclosed;

**FURTHER ORDERED** that counsel of record shall maintain copies of this Order which have been signed by all persons who have been provided access to individually identifiable medical information until the conclusion of this litigation, including all appeals.

So Ordered: _____

Dated: