UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA )
) Case No. 05-10057-RCL
v. )
)
ABDUL RAZZAQUE AHMED, )
)
Defendant )
)

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY
## THE ORDER SETTING CONDITIONS OF RELEASE

Dr. Ahmed respectfully moves that this Court modify the Order Setting Conditions of Release, entered on March 21, 2005, to remove any encumbrances on two parcels of Dr. Ahmed's property that are located in California. See Order Setting Conditions of Release, issued March 21, 2005 ("the Release Order").

On March 16, 2005, a twenty-four count Indictment was returned against Dr. Ahmed. Shortly after Dr. Ahmed's arrest, the parties participated in a bail hearing before this Court. Dr. Ahmed was ultimately released on $5,000,000 bail, which was secured by Dr. Ahmed's Brookline property (identified as item (b) in the Ex Parte Order). See Release Order at 6(b). As an additional condition of his release, Dr. Ahmed was prohibited from selling or transferring property at 801 Wilson Drive in Santa Monica, California, as well as an additional lot of property in California. See id. at 6(v).

In addition to obtaining a Quitclaim Deed on Dr. Ahmed's home, the government invoked 21 U.S.C. § 853(e)(1)(A) in a separate motion before the district court to obtain an emergency *ex parte* order freezing a number of Dr. Ahmed's and other's assets to "prevent their alienation or dissipation." See Post-Indictment Restraining Order, issued

Respectfully submitted,
**Dr. Abdul Ahmed,**
By his attorney,

*/s/ Richard M. Egbert /PAO/*

Richard M. Egbert
BBO # 151800
Law Office of Richard M. Egbert P.C.
99 Summer Street
Boston, MA 02110
(617) 737-8222

Dated: April 11, 2005

## Certificate of Service

I, Richard M. Egbert, hereby certify that I have, on this 11th day of April, 2005, caused the above document to be electronically served by hand upon Assistant U.S. Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

*/s/ Richard M. Egbert /PAO/*

Richard M. Egbert

March 16, 2005 ("the Ex Parte Order").[1] Recently, the government has agreed to jointly move to modify the Ex Parte Order to restrain so much of Dr. Ahmed's assets as equals the amount of the proceeds, alleged as $5,418,601.07. See Joint Motion to Modify Restraining Order, filed on April 6, 2005. Even so, over $5.4 million of Dr. Ahmed's funds – virtually all of his funds – will remain frozen by the government until he is acquitted at trial.

Because the government has ensured that over $5,000,000 of Dr. Ahmed's assets have been restrained pending trial, and because Dr. Ahmed has in addition secured his bail with a Quitclaim Deed to his Brookline property, Dr. Ahmed respectfully submits that the additional encumbrances on Dr. Ahmed's California property reflected on the Release Order are no longer necessary to ensure his presence at trial. At the same time, the Release Order's requirement that Dr. Ahmed not sell or transfer his California property will make it difficult if not impossible for him to raise sufficient funds to mount a defense to the charges.

**WHEREFORE**, Dr. Ahmed respectfully requests that the Court modify the Release Order by removing the prohibition against selling or transferring his California property, as reflected in paragraph 6(v) of the Release Order.

Counsel for the government does not oppose this Motion.

---

[1] In addition to Dr. Ahmed's home, the Ex Parte Order restrained an investment account and three bank accounts. Since the Order's issuance, it has become clear that only the investment account belongs to Dr. Ahmed. The other three bank accounts actually belong to the Center for Blistering Diseases, Inc., an unindicted third party.