≈AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                                                          MASSACHUSETTS

UNITED STATES

V.

ABDUL RAZZAQUE AHMED

APPEARANCE

Case Number:   05-10057-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

April 19, 2005
Date

Signature

JAMES E. ARNOLD                    DC 426040
Print Name                          Bar Number

408 Atlantic Avenue, Room 530
Address

Boston                  MA        02110
City                    State     Zip Code

(617)748-3603           (617)748-3675
Phone Number            Fax Number