UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 29 P 4: 13

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RASSAQUE AHMED,<br><br>Defendant | Case No.  05-10057-RCL |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Washington, DC from June 15, 2005 through June 17, 2005. Dr. Ahmed has been invited by the International Pemphigus Foundation to speak at the National Institute of Health. In support, Dr. Ahmed states as follows:

1.  Dr. Ahmed wishes to travel to Bethesda, Maryland and stay at the Four Points Sheraton Bethesda Hotel, 8400 Wisconsin Avenue, Bethesda, MD, for a short period of time. Dr. Ahmed intends to fly to Maryland, departing Boston on Wednesday, June 15, 2005 and returning on Saturday, June 17, 2005 to speak at the international meeting: "Pemphigus 2005 – Progress and Future Directions".

2.  Dr. Ahmed is prepared to forward his itinerary to Pretrial Services.

3.  Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

1

4.     As this Court may recall, it previously found that Dr. Ahmed is **not** a

flight risk.  Since that time, there has not been any change in

circumstances that would warrant a different conclusion, and there is

no reason to believe that Dr. Ahmed would not return to Massachusetts

to face the charges against him.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion

to Modify Terms of Pretrial Release to allow him to travel to Washington, DC from June

15 through June 18, 2005.

Respectfully submitted,
ABDUL RAZZAQUE AHMED,
By his attorneys,

Richard M. Egbert, BBO # 151800
Patricia A. DeJuneas, BBO # 652997
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on 04/29/05, I caused a copy of the
forgoing to be served, by hand, upon counsel for the Assistant United States Attorneys
Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408
Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

Richard M. Egbert

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ABDUL RASSAQUE AHMED,

Defendant

Case No. 05-10057-RCL

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify

the terms of his pre-trial release to allow him to travel to Newark, New Jersey from

May 21 through May 23, 2005. Dr. Ahmed has been invited by the Department of

Dermatology of the New Jersey Medical College to be the 19th Annual Marcus T. Black

Memorial Visiting Professor. In support, Dr. Ahmed states as follows:

1.   Dr. Ahmed wishes to travel to Newark, New Jersey and stay with a

long-term friend, Mr. Shahid Chauhan, 14 Strawberry Lane, Upper

Saddle River, New Jersey 07458, for a short period of time. Dr.

Ahmed intends to fly to New Jersey, departing Boston on Saturday,

May 21, 2005 and returning on Monday, May 23, 2005, to deliver the

Sigma Xi Distinguished Professor Lecture at the Department of

Dermatology of the New Jersey Medical College.

2.   Dr. Ahmed is prepared to forward his itinerary to Pretrial Services.

1

3. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

4. As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to New Jersey from May 21 through May 23, 2005.

<div style="margin-left: 50%;">

Respectfully submitted,
ABDUL RAZZAQUE AHMED,
By his attorneys,


Richard M. Egbert, BBO # 151800
Patricia A. DeJuneas, BBO # 652997
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

</div>

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on 04/29/05, I caused a copy of the forgoing to be served, by hand, upon counsel for the Assistant United States Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

Richard M. Egbert