UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ABDUL RAZZAQUE AHMED,    )<br>)<br>Defendant        )<br>) | Case No. 05-10057-RCL |

## POST-INDICTMENT RESTRAINING ORDER

**LINDSAY, J.**

The parties have jointly requested that this Court exercise its power under 21 U.S.C. § 853(e)(1)(A) to modify a Post-Indictment Restraining Order, which was issued by this Court on March 15, 2005, pursuant to an *ex parte* application by the United States (the "Initial Restraining Order").

Upon consideration of the parties' motion, it is hereby **ORDERED AND DECREED**:

That, effective immediately, Abdul Razzaque Ahmed ("Ahmed"), his agents, servants, employees, attorneys, family members, and those persons in active concert or participation with him, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby RESTRAINED, ENJOINED, AND PROHIBITED, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of the following property, including but not limited to selling, transferring, assigning, pledging,



distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of all of any part of their interest, direct or indirect, in the following property:

> $5,418,601.07 held in money market funds contained in or credited to account number XXX-11072 in the name of Dr. A. Razzaque Ahmed, at Quick & Reilly Brokerage, c/o Bank of America Investment Services, Inc., NY5-513-15-15, 26 Broadway, New York, 10004.

IT IS FURTHER ORDERED that account number XXX-11072 may be accessed for the limited purpose of converting the investment assets contained therein to U.S. currency, establishing a money market account containing $5,418,601.07, and withdrawing any remaining funds.

IT IS FURTHER ORDERED that all other restraints on any property that were imposed by the Initial Restraining Order are hereby removed.

IT IS FURTHER ORDERED that an unredacted copy of this Order may be served upon the financial institutions subject to the Initial Restraining Order and this Order for purposes of complying with this Order.

THIS RESTRAINING ORDER shall remain in full force and effect until further order of this Court.

DONE this the 2 day of ~~April~~ May, 2005

United States District Judge