

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

April 11, 2005

**Sara E. Noonan**
**(617) 371-1033**
senoonan@dwyercollora.com

BY HAND

Honorable Judith G. Dein
ATTN: Thomas Quinn, Courtroom Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 6410
Boston, MA 02210

    RE:    United States v. Abdul Razzaque Ahmed
              Criminal No. 05-10057-RCL

Dear Mr. Quinn:

    On Thursday, April 7, 2005, defendant Abdul Razzaque Ahmed filed an Unopposed Motion to Modify Conditions of Release. To the extent that there was any confusion, this letter is intended to clarify that although the government was aware that the defendant intended to file such a motion and did not oppose it, the government did not join the motion, see a copy of the motion in advance of filing, or agree to any particular language contained within the motion.

    Please do not hesitate to contact me if you have any additional questions or concerns.

                                  Sincerely,

                                  Sara E. Noonan

SEN/dcm
cc:    All counsel of record