UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10057-RCL

UNITED STATES OF AMERICA

v.

ABDUL RAZZAQUE AHMED

## FURTHER ORDER ON EXCLUDABLE TIME

May 2, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 18, 2005 through July 21, 2005

the period between the expiration of the initial order of excludable time and the next status conference.

Based upon the prior order of the court dated March 21, 2005 and this order, as of July 21, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

          / s / Judith Gail Dein
          JUDITH GAIL DEIN
          United States Magistrate Judge