**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                        )
UNITED STATES OF AMERICA     )
                                        )   Case No. 05-10057-RCL
          v.                          )
                                        )
ABDUL RAZZAQUE AHMED,    )
                                        )
    Defendant                  )
_____)

**DEFENDANT'S MOTION TO MODIFY**
**THE ORDER SETTING CONDITIONS OF RELEASE**

Now comes the Defendant, Dr. Ahmed, and respectfully requests this Court modify the Order Setting Conditions of Release, entered on March 21, 2005, as follows:

1. Permit the defendant to change his Pretrial Services calling schedule from three (3) times per week to two (2) times per month; and

2. Allow the defendant to travel within the United States upon notification to Pretrial Services, without the necessity of filing a motion.

This request is being made at the recommendation and concurrence of David Picozzi, Pretrial Services.

**WHEREFORE,** Dr. Ahmed respectfully requests that the Court modify the Release Order by allowing changes to his Pretrial Services calling schedule, and permitting travel within the United States upon notification to Pretrial Services, without filing a motion.

        Respectfully submitted,
        ADBUL RAZZAQUE AHMED,
        By his attorneys,


        __/s/ Richard M. Egbert_____
        Richard M. Egbert, BBO# 151800
        Patricia A. DeJuneas, BBO# 652997
        Law Office of Richard M. Egbert
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02210
        Telephone: (617) 737-8222


Certificate of Service

    I, Richard M. Egbert, hereby certify that on 06/09/05, I caused a copy of the forgoing to be served, electronically and by hand, upon counsel for the Assistant United States Attorneys, Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, MA 02110.


        __/s/ Richard M. Egbert_____
        Richard M. Egbert