UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10057-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| ABDUL RAZZAQUE AHMED | ) | |
| | ) | |
| Defendant | ) | |

### JOINT STATUS MEMORANDUM

Pursuant to the Court's Order dated May 2, 2005, the parties have conferred and hereby submit a joint status memorandum addressing the items set forth in Local Rule 116.5(A)(1)-(7):

1. Defendant requests relief from the applicable timing requirements of Local Rule 116.3. The United States is endeavoring to fulfill those time requirements, but to the extent Defendant is afforded relief from them, the United States requests similar relief.

2. Defendant has requested expert discovery concerning expert witnesses. The United States has provided such requested discovery. Reciprocal discovery from Defendant concerning expert witnesses has been requested by the United States. Defendant has stated his intention to engage one or more DNA experts, but has yet to identify any such expert(s) (or any other expert). Defendant will provide the United States with discovery concerning the expert witnesses he intends to call at trial. The United States requests a date by which such designation will be made and a date upon which the concomitant reciprocal discovery will be made.

3. As set forth in its July 11, 2005 letter to counsel for the Defendant, the United States intends to call a dermatologist as a witness to testify generally about the diseases pemphigus and

1

7. The parties request a Final Status Conference on a mutually convenient date in late 2005.

Respectfully submitted,

RAZZAQUE ABDUL AHMED

By his attorney,

By: *[signature]*

Richard M. Egbert [Patricia DeJuneas]
(signed with permission from his office)
Law Offices of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

MICHAEL J. SULLIVAN
United States Attorney

*[signature]*
James E. Arnold
Jeremy M. Sternberg
Assistant U.S. Attorneys
One Courthouse Way
Boston, MA 02210
(617) 748-3100

Date: July 20, 2005

3