UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>ABDUL RASSAQUE AHMED,<br><br>     Defendant | Case No.  05-10057-RCL |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to London, England from October 10, 2005 to October 17, 2005.  Dr. Ahmed has been invited with high honors by the International Pemphigus Foundation to speak at the European Academy of Dermatology.  Dr. Ahmed has also been invited to be a member of the Committee to Organize the World Congress of Dermatology 2011, in addition to being a guest speaker at both the Eastman School of Dentisty of London University and the Moorfield Eye Hospital.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed wishes to travel to London, England to be a guest speaker on the topic of Pemphigus at the European Academy of Dermatology.

2. After the Academy meeting, Dr. Ahmed plans to attend a meeting as a member of the Committee to Organize the World Congress of Dermatology 2011.  This meeting is scheduled to take place on the evening of October 16, 2005.

3. Dr. Ahmed has also been invited as a Visiting Professor to speak on the topic of "Oral Vesiculobullous Disease: New Techniques in Diagnosis and Management" at the Eastman School of Dentisty of London University.

4. Further, Dr. Ahmed has been invited by the Moorfield Eye Hospital to lecture on non-surgical treatment options for Ocular Ciatricial Pemphigoid.

5. David Picozzi of Pretrial Services has no opposition to Dr. Ahmed's travel plans and continues to encourage him to do so.

6. Dr. Ahmed is prepared to forward his itinerary to Mr. Picozzi, once the arrangements have been made.

7. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

8. As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to London, England from October 10, 2005 through October 17, 2005.

        Respectfully submitted,
        ABDUL RAZZAQUE AHMED,
        By his attorneys,


        __/s/ Richard M. Egbert_____
        Richard M. Egbert, BBO # 151800
        Patricia A. DeJuneas, BBO # 652997
        99 Summer Street, Suite 1800
        Boston, MA 02110
        (617) 737-8222


**CERTIFICATE OF SERVICE**

    I, Richard M. Egbert, hereby certify that on 08/17/05, I caused a copy of the forgoing to be served, by hand, upon counsel for the Assistant United States Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

        _/s/ Richard M. Egbert_____
        Richard M. Egbert