UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )    Case No. 05-10057-RCL
            v.                      )
                                    )
ABDUL RAZZAQUE AHMED,               )
                                    )
        Defendant                   )
_____)

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING

Now comes the defendant, Abdul Razzaque Ahmed, M.D., in the above-referenced matter and respectfully requests this honorable Court continue the hearing currently scheduled for September 19, 2005. As grounds therefore, the defendant states the following:

1) On August 17, 2005, the defendant submitted his Motion to Modify Terms of Pretrial Release to allow him to travel to London, England from October 10, 2005 to October 17, 2005 to speak at several professional conferences;
2) On August 19, 2005, the government filed it's Opposition to the Defendant's Motion;
3) On August 24, 2005, the Court issued an electronic Notice of Hearing, scheduling the matter for September 19, 2005 at 2:45 p.m.;
4) Defendant's counsel has a scheduling conflict and will be out of town from September 18, 2005 to September 21, 2005;
5) Jeremy Sternberg, Assistant United States Attorney, has assented to rescheduling the hearing to September 26, 2005 at 2:45 p.m.

WHEREFORE, the defendant respectfully requests that the hearing currently scheduled for September 19, 2005 be continued to September 26, 2005 – a mutually agreeable date between the parties.

        Respectfully submitted,
        Abdul Razzaque Ahmed, MD
        Defendant,
        By his attorney,


        /s/ Richard M. Egbert
        Richard M. Egbert  BBO: 151800
        Law Offices of Richard M. Egbert, P.C.
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        (617) 737-8222


## CERTIFICATE OF SERVICE

I, Richard M. Egbert, do hereby certify that I served a copy of the enclosed documents upon Jeremy Sternberg, Assistant United States Attorney, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110, via first class mail on August 31, 2005.

        /s/ Richard M. Egbert
        Richard M. Egbert