UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 OCT -7 P 3: 3b
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10057-RCL |
| ) | |
| v. ) | |
| ) | |
| ABDUL RAZZAQUE AHMED ) | |
| ) | |
| Defendant ) | |

## ASSENTED TO MOTION BY THE UNITED STATES
## TO TAKE VIDEOTAPE DEPOSITION OF RL

The United States, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys James E. Arnold and Jeremy M. Sternberg, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 15, to take the videotape deposition of RL.[1] In support of its motion, the United States submits as follows:

1. On March 15, 2005, Defendant was indicted on a variety of charges, including mail fraud, health care fraud, obstruction of justice and money laundering. At the heart of the Indictment, is a scheme to defraud Medicare by falsifying diagnoses of a rare blistering skin disease, pemphigus vulgaris ("pemphigus"), for patients who actually suffered from a different and distinct skin disease, pemphigoid. The Indictment charges that Defendant falsified these diagnoses, because during the relevant period, Medicare allowed reimbursement for expensive intravenous immunoglobulin ("IVIG") treatments for pemphigus, but not for pemphigoid. Defendant is charged with fraudulently billing Medicare, by falsifying a diagnosis of pemphigus, for over $5 million for IVIG treatments for patients who did not have the pemphigus, but rather

---

[1] RL is one of Defendant's former patients. He is so identified in this motion in light of the protective order entered in this case. Full identifying information for RL was provided to Defendant by letter dated April 18, 2005.

had pemphigoid.

2. The Indictment charges, among other things, fourteen counts of health care fraud in violation of 18 U.S.C. §1347. One of the counts relates solely to a Medicare claim that Defendant made on behalf of one of his patients at the time, RL.

3. Like many of the patients identified (by initials) in the Indictment, RL is elderly and physically infirm and lives some distance from this Courthouse. The United States believes that RL knew he had pemphigoid, not pemphigus, and that he received IVIG treatments from the Defendant. The United States therefore seeks to preserve the testimony of this elderly and sick witness, RL, for use at trial. See United States v. Keithan, 751 F.2d 9 (1st Cir. 1984) (allowing, pursuant to Rule 15, taking of depositions of two elderly, infirm witnesses who live 60 miles from the Courthouse)

4. In accordance with Local Rule 7.1(A)(2), counsel for the United States has, through letter dated July 21, 2005, sought to engage counsel for Defendant in an effort to narrow or resolve the issues raised by this motion. On September 26, 2005, counsel for the United States met with counsel for the Defendant, discussed this motion, obtained his assent, and agreed to schedule the deposition of RL in the Berwick, Maine area on a Friday that was mutually convenient for all counsel and the witness. On October 3, 2005, counsel for the United States sent counsel for the Defendant a draft of this motion, and on October 7, 2005, counsel for the parties tentatively agreed to conduct the videotape deposition on December 2, 2005.

5. Accordingly, the United States respectfully requests that the Court allow it to take the videotape deposition of RL in the Berwick, Maine area at a time convenient for counsel for Defendant.

MICHAEL J. SULLIVAN<br>
United States Attorney

By: _____<br>
James E. Arnold<br>
Jeremy M. Sternberg<br>
Assistant United States Attorneys<br>
One Courthouse Way, Suite 9200<br>
Boston, MA 02210<br>
(617) 748-3142

October 7, 2005

### Certificate of Service

I hereby certify that I served a copy of the foregoing pleading on Richard M. Egbert, Law Offices of Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110, this day by mail.

Jeremy M. Sternberg<br>
Assistant U.S. Attorney