November 14, 2005

Jeremy Sternberg, Esq.
US Attorneys Office
408 Atlantic Avenue, Suite 530
Williams Building
Boston, MA 02210

    Re:    United States v. Abdul Razzaque Ahmed
           Criminal No: 05-10057-RCL

Dear Mr. Sternberg:

    Enclosed please find the STR Discovery Request with regard to DNA testing as it relates to the above-captioned matter.

    Once you have had a chance to review the request, please contact me so we may discuss it further.

                                       Very truly yours,

                                       /s/ Richard M. Egbert

                                       Richard M. Egbert

RME:mv

Enclosure

STR DISCOVERY REQUEST

This is a request for disclosure of scientific materials pertaining to DNA testing performed in this case. This request applies to all DNA testing that has been, is currently being, or will be performed in the instant case. The request is ongoing. In the event that new materials responsive to this request are produced, discovered, or otherwise come into the possession of the prosecution or its agents, said materials should be provided to the defendant without delay.

1. Case file: Please provide a complete copy of the case file including all records made by the laboratory in connection with this case if it has not been provided. If the file includes photographs, please include photographic quality copies.

2. Software and Hardware: Please provide a list of all commercial software programs and hardware used in the DNA testing in this case, including name of software program or hardware, manufacturer and version or model number used in this case.

3. Provide a copy of all GeneScan® and Genotyper® software electropherograms for any item tested in this case that have not otherwise been provided for all samples and controls tested in this case, and if an electropherogram was not or is not disclosed, to include a statement of reasons explaining why a requested electropherogram was not or is not being disclosed.

4. Data files: On CD-Rom media, please provide copies of all GeneScan® and Genotyper® data files used and created in the course of performing the testing and analyzing the data in this case. These files should include at a minimum all data necessary to, (I) independently reanalyze the raw data and (ii) reconstruct the analysis performed in this case. For analyses performed with GeneScan® and Genotyper®, these materials should include at a minimum the following:

    a. All collection files (such as injection lists and

        log files for an ABI 310 Genetic Analyzer or the 3100 or 3700 Genetic Analyzers, or similar hardware);

    b.    All Genescan® files, including sample files and project files;

    c.    All Genotyper® files, including templates/macros (see Request 5 below).

    d.    If the data you are providing includes files from another case that are not pertinent to the instant case (e.g., sample files from another case included in the same run folder), then please identify those non-pertinent samples by name and laboratory code.

5.    Macros:  If the results produced by the software are dependent on the instructions contained in macros, please provide copies on CD-Rom media of any macros used.  (For analyses performed with GeneScan® and Genotyper®, these macros are contained in Genotyper® output files).

6.    If not otherwise provided in response to Requests 4 and 5 above, provide on CD-Rom media the specifics for all  GeneScan® and Genotyper® software parameters and standards that were selected and utilized by the laboratories for the testing conducted in this case for each run, including specifics for categories, peak labeling, for calculating scale factors, and  filter parameters set for removing labels from so-called artifact peaks. If any of the parameters were changed or altered for any specific run please disclose the run number and date and a statement of reasons why the parameters were changed or altered.

7.    Provide on CD-Rom media the specifics for all GeneScan® and Genotyper® software parameters and standards that were selected and utilized by the laboratories for the testing conducted in this case for each run, including specifics for what range of peaks were to be labeled and what range of peaks were to be excluded from labeling. If any of these parameters were changed or altered for any specific run please disclose the run number and date and a statement of reasons why the parameters were changed

>    or altered.

8.  Provide a statement specifying whether GeneScan® and Genotyper® software automatic labeling or manual labeling was used for each sample tested.

9.  Provide on CD-Rom media the specifics for all GeneScan® and Genotyper® software filter parameters and standards that were selected and utilized by the laboratories for the testing conducted in this case for each run for detecting and evaluating peaks believed to be stutter, off-ladder alleles or any other artifact and if such peaks were observed to provide all notes or documents indicating any conclusions and the basis for such a conclusion as to the cause of the peak in this case. If any of these parameters were changed or altered for any specific run please disclose the run number and date and a statement of reasons why the parameters were changed or altered.

10. Provide on CD-Rom media the specifics for all GeneScan® and Genotyper® software filter parameters and standards that were selected and utilized by the laboratories for the testing conducted in this case for each run for detecting and evaluating small peaks and/or background noise peaks or other peaks believed to be spurious peaks at known locations and if such spurious peaks were observed to provide all notes or documents indicating any conclusions and the basis for such a conclusion as to whether the peak resulted from primers, excessive salt, pooling, or some other condition.  If any of these parameters were changed or altered for any specific run please disclose the run number and date and a statement of reasons why the parameters were changed or altered.

11. Provide specific information for any observation of "spikes" using the GeneScan® and Genotyper® software for any sample or control tested and if such observations were made, provide a statement detailing the basis for determining the observation was a spike, its specific cause, and the basis for making such conclusion.

12. Provide specific information for any sample that was reamplified and for any sample that was reinjected,

      the number of times of each reamplification or reinjection and a summary statement of the reason for the reamplification or reinjection.

13. Provide the specifics for all GeneScan® and Genotyper® software audit trail of adjustments to labels, including but not limited to whether automated or manual input of "slashes" for peaks were used, whether labels were removed or added to peaks, for each sample tested in this case.

14. Provide the specifics for all size standards used in the testing of the samples as it applies to the GeneScan® and Genotyper® software for all runs and for all samples.

15. If BodeQuant was used to quantify biological samples and controls testing in this case, please provide all documentation concerning quantification of any such sample or control. In addition, please provide any validation studies and published validation literature or citations to direct sources to any such validation literature for the BodeQuant system in addition to Fox JC, Cave CA, Schumm JW, Development, characterization, and validation of a sensitive primate-specific quantification assay for forensic analysis. 34 (2) Biotechniques, 2003.

16. Provide copies of all documents concerning the maintenance and calibration of any hardware utilized in the testing of this case and used in connection with the GeneScan® and Genotyper® software for the time period beginning on the last maintenance and calibration prior to the testing conducted in this case and the first maintenance and calibration conducted after the testing in this case, if applicable.

17. Laboratory Protocols: Please provide a copy on CD-Rom media if available or in hard copy if not, of all standard operating protocols (SOPs) used in connection with the testing in this case. If any protocol applicable to the testing conducted in this case was changed during the testing conducted in this case or has been changed since completion of testing, please provide a copy of that specific protocol in addition to the protocol followed in the testing conducted in

       this case.

18. Chain of custody and current disposition of evidence: Please provide copies of all records that document the treatment and handling of biological evidence in this case, from the initial point of collection up to the current disposition if it has not been provided. This information should include the following:

    a. documentation which indicates where and how the materials were stored (temperature and type of container);

    b. the amount of evidence material which was consumed in testing,

    c. the amount of material which remains, and

    d. where and how the remaining evidence is stored (temperature and type of container).

    e. In addition, please provide a copy on CD-rom media of all sample profiles generated into The Bode Technology Group's custom designed compare program which looks at all the samples in the shipment and across past shipments sent to the provider of the samples in this case that is intended to detect duplicates or overlap calls, verify proper positive control calls, and check all sample numbers and a copy of the all shipping manifests used for their return to the provider or other recipient utilizing proper chain of custody.

19. STR frequency tables: Please provide copies of any allelic frequency tables relied upon in making statistical estimates in this case. If the laboratory relied upon published or publicly available data, this request can be satisfied by providing a specific reference to the source.

20. Please provide copies of all quality assurance testing results for all reagents used in the testing of the samples in this case.

21. Mixture Analysis: For any mixture analysis including but not limited to deconvolution analysis conducted on

>
> any sample result in this case, please provide the following:
>
> a.  The name and source of any molecular method or software program used to conduct the analysis;
>
> b.  If a software program was not used, whether peak height, peak area or both were used in the analysis of mixtures in this case;
>
> c.  If a software program was not used, all formula and statistical methodologies used to make the mixture calculation and conclusion;
>
> d.  Copies of any data relied upon to determine peak height ratio for (I) ratios within a locus for specific alleles and (ii) for ratios across loci; and,
>
> e.  All specific conclusions and the basis for such conclusions regarding mixture analysis that are not included in the reports already provided;
>
> f.  And, all specific conclusions and the basis for such conclusions regarding what sample genotype profile is or may be included or excluded in any other genotype profile for any sample tested in this case.
>
> 22. Accreditation: Please provide copies of all licenses or other certificates of accreditation held by the DNA testing laboratory.
>
> 23. Laboratory personnel: Please provide background information about each person involved in conducting, reviewing or analyzing the DNA testing performed or results in this case, including:
>
>     a.  Current resume;
>
>     b.  Job description;
>
>     c.  Genotype profiles maintained for quality control of any such personnel;
>
>     d.  A summary of proficiency test results;

  e. Copies of any proficiency testing results indicating error;

  f. Identification of the two analysts who were used to conduct the two separate reads on each of the samples tested in this case and to specify which two analysts read what specific sample results, and if applicable, to specifically include any discrepancies between any such reads; and,

  g. Any notation or initials used on case file and testing data to indicate that a specific person conducted the testing or any part thereof and the analysis of the results if such notation or initials are different than what can be derived from their names as appearing on their respective resumes.

24. Documentation of Corrective Actions for Discrepancies and Errors:  According to the DNA Advisory Board Quality Assurance Standards for Forensic DNA Testing Laboratories, Standard 14, (see http://www.cstl.nist.gov/div831/strbase/dabqas.htm) forensic DNA laboratories must "follow procedures for corrective action whenever proficiency testing discrepancies and/or casework errors are detected" and "shall maintain documentation for the corrective action."  Please provide a copy of all documentation of corrective actions maintained by the laboratory that performed DNA testing in this case.  If the laboratory does not comply with the DAB requirement that it maintain this documentation, it is sufficient to respond: "The laboratory does not comply with the DAB requirement that it document corrective actions."