UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10057-RCL

UNITED STATES OF AMERICA

v.

ABDUL RAZZAQUE AHMED

## FURTHER ORDER ON EXCLUDABLE TIME

November 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 21, 2005 through January 19, 2006

the period between the expiration of the Interim Status Conference and the next status conference.

Based upon the prior orders of the court dated March 21, 2005, May 2, 2005, July 21, 2005 and this order, as of January 19, 2006 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge