## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| | )    **CRIMINAL NO. 05-10057-RCL** |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **ABDUL RAZZAQUE AHMED** | ) |
| | ) |
| **Defendant** | ) |

## JOINT STATUS MEMORANDUM

Pursuant to the Court's Order dated July 21, 2005, the parties have conferred and hereby submit a joint status memorandum addressing the items set forth in Local Rule 116.5(A)(1)-(7):

1. Defendant requests relief from the applicable timing requirements of Local Rule 116.3. The United States is endeavoring to fulfill those time requirements, but to the extent Defendant is afforded relief from them, the United States requests similar relief.

2. Defendant has requested expert discovery concerning expert witnesses. The United States has provided such requested discovery. Reciprocal discovery from Defendant concerning expert witnesses has been requested by the United States. Defendant has stated his intention to engage one or more DNA experts, but has yet to identify any such expert(s) (or any other expert). Defendant will provide the United States with discovery concerning the expert witnesses he intends to call at trial. The United States requests a date by which such designation will be made and a date upon which the concomitant reciprocal discovery will be made. The Court's July 21, 2005 Interim Status Report states that the "date by which defendant shall make his expert disclosures shall be set at the next status conference."

3. The United States intends to call Russell Hall, M.D., a dermatologist at Duke

University Medical Center, as a witness to testify generally about the diseases pemphigus and

pemphigoid, their clinical presentation and their diagnostic differences.  Any materials to be

used by Dr. Hall (such as articles, pictures or the like) and a written summary of the testimony

that the United States intends to offer, as well as a discussion of the expert's qualifications will

be provided to the Defendant according to the Rules and/or the schedule set by the Court.

4.  The Court's July 21, 2005 Order states that "the date for filing discovery and/or

dispositive motions shall be set at the next status conference."  The parties request that such a

schedule be set.

5.  The Court stated in its July 21, 2005 Order that:

> This court finds and concludes, pursuant to the provisions of 18 U.S.C.
> §3161(h)(8) and Section 6(b)(8) of the Plan for Prompt Disposition of Criminal
> Cases in the United States District Court for the District of Massachusetts
> (Statement of Time Limits Adopted by the Court and Procedures for
> Implementing Them, Effective July 1, 1980), that the interests of justice, i.e.,
> review of the case, review of evidence, consideration of alternatives concerning
> how best to proceed with this matter, and preparation of dispositive motions,
> outweighs the best interests of the public and the defendant for a trial within
> seventy days of the return of an indictment.

In light of that finding, the parties requests that the Court order that the period between

November 21, 2005 and the next status conference also be excludable delay.

6.  A trial is anticipated.  The United States anticipates the trial will last approximately 20

days.  Defendant does not yet believe he is in a position to estimate the number of trial days.

7.  The United States requests a Final Status Conference on a mutually convenient date in February 2006.  Defendant seeks another Interim Status Conference.

                                        Respectfully submitted,

RAZZAQUE ABDUL AHMED                    MICHAEL J. SULLIVAN
                                        United States Attorney
By his attorney,

                                   By:  /s/ Jeremy M. Sternberg
                                        James E. Arnold
/s/ Richard M. Egbert                   Jeremy M. Sternberg
Richard M. Egbert                       Assistant U.S. Attorneys
Law Offices of Richard M. Egbert, P.C.  One Courthouse Way
99 Summer Street, Suite 1800            Boston, MA 02210
Boston, MA 02110                        (617) 748-3100
(617) 737-8222

                                        Date: November 21, 2005