UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　v.<br><br>ABDUL RAZZAQUE AHMED,<br>　　　　Defendant | Case No.  05-10057-RCL |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Saudi Arabia from March 13 through March 16, 2006; and to permit return of his passport so that he may obtain a Visa.  Dr. Ahmed has been invited by the Saudi Society for Dermatology and Dermatologic Surgery to speak at their 10th International Conference.  Dr. Ahmed has been invited to give three lectures on topics involving potentially fatal diseases.   There is no other expert who can cover all three topics alone.

 In support, Dr. Ahmed states as follows:

1. Dr. Ahmed wishes to travel to Saudi Arabia to give three lectures at the 10th International Conference of the Saudi Society of Dermatology and Dermatologic Surgery from March 13-16, 2006.

2. The lectures will be giving on the following topics: (1) Role of Biologic Agents in Autoimmune Bullous Disease; (2) Paraneoplastic Pemphigus; and (3) Subset of Mucous Membrane or Cicantricial Pemphogoid – Work bench meets the bedside.

3. There is no other expert who can give lectures at this Conference on all three aforementioned topics alone.

4. Dr. Ahmed is prepared to forward his itinerary to Mr. Picozzi, once the arrangements have been made.

5. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

6. As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

7. Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Saudi, Arabia from March 13, 2005 through March 16, 2006.

> Respectfully submitted,
> ABDUL RAZZAQUE AHMED,
> By his attorneys,
>
>         /s/ Richard M. Egbert
> Richard M. Egbert, BBO # 151800
> Patricia A. DeJuneas, BBO # 652997
> 99 Summer Street, Suite 1800
> Boston, Massachusetts 02110
> (617) 737-8222

### CERTIFICATE OF SERVICE

  I, Richard M. Egbert, hereby certify that on 02/01/06, I caused a copy of the forgoing to be served, by first class mail to counsel for the Assistant United States Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

                /s/ Richard M. Egbert
                Richard M. Egbert

 

**10TH INTERNATIONAL CONFERENCE**
**13-16 MARCH 2006**
**INTERCONTINENTAL HOTEL- JEDDAH**

المؤتمر العالمي العاشر
13-16 صفر 1427هـ
فندق انتركونتيننتال - جدة

---

21st September 2005

**To: Ahmed Razzaque, MD**
Director, Center for Blistering Diseases
Boston, MA 02120
Facsimile no: 0044 617 7546434
Email: arahmedmd@msn.com

SUBJECT: 10TH INTERNATIONAL CONFERENCE OF THE SAUDI SOCIETY OF DERMATOLOGY AND DERMATOLOGIC SURGERY, MARCH 13-16, 2006

Dear Dr. Razzaque,

Kindly refer to my previous communications with you regarding the above. As agreed before, the following will be your lectures:
1. Role of Biologic Agents in Autoimmune Bullous Disease.
2. Paraneoplastic Pemphigus
3. Subset of Mucous Membrane or Cicantricial Pemphogoid- Work bench meets the bedside.

In line of the above, I humbly request from you to please send me your confirmation of participation and at the same time a copy of your passport to process your visa. Your visa will then be sent to you through the Saudi Consulate in Newyork.

Looking forward to seeing you in Jeddah.

Best regards

**Dr. Ali A. Raddadi**
Chair of Organizing Committee
Head of Dermatology Section
National Guard Health Affairs, Jeddah

---

**Conference Address:** P.O. Box 11938 Jeddah 21463- Kingdom of Saudi Arabia Tel: 6240000 Ext: 2070/ 1298 - Fax 6240000 Ext 2765/ Fax 6247444  Email: aliraddadi@hotmail.com

**SSDDS Address:** Diplomatic Quarters – P.O.Box 94648 Riyadh 11614   Tel.: 01/ 4883553 – Fax: 01/ 4821410.
www.ssdds.org -info@ssdds.org