UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RAZZAQUE AHMED,<br>Defendant | Case No. 05-10057-RCL |

## *RENEWED* MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Saudi Arabia from March 13 through March 16, 2006; and to permit return of his passport so that he may obtain a Visa. Dr. Ahmed has been invited by the Saudi Society for Dermatology and Dermatologic Surgery to speak at their 10th International Conference. Dr. Ahmed has been invited to give three lectures on topics involving potentially fatal diseases. There is no other expert who can cover all three topics alone.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed wishes to travel to Saudi Arabia to give three lectures at the 10th International Conference of the Saudi Society of Dermatology and Dermatologic Surgery from March 13-16, 2006.

2. The lectures will be giving on the following topics: (1) Role of Biologic Agents in Autoimmune Bullous Disease; (2) Paraneoplastic Pemphigus; and (3) Subset of Mucous Membrane or Cicantricial Pemphogoid – Work bench meets the bedside.

3. There is no other expert who can give lectures at this Conference on all three aforementioned topics alone.

4. Dr. Ahmed is prepared to forward his itinerary to Mr. Picozzi, once the arrangements have been made.

5. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

6. As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

7. Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

8. The government has already filed its objection to this motion.

9. Pretrial Services assents to this motion in accordance with an email attached hereto.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Saudi, Arabia from March 13, 2005 through March 16, 2006; and to permit the immediate return of his passport so that he may obtain a Visa.

Respectfully submitted,
ABDUL RAZZAQUE AHMED,
By his attorneys,

*Richard M. Egbert*

Richard M. Egbert, BBO # 151800
Patricia A. DeJuneas, BBO # 652997
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on 02/07/06, I caused a copy of the forgoing to be served, by first class mail to counsel for the Assistant United States Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

*Richard M. Egbert*
Richard M. Egbert

**From:** John_Riley@map.uscourts.gov [mailto:John_Riley@map.uscourts.gov]
**Sent:** Tuesday, February 07, 2006 12:21 PM
**To:** regbert@egbertlaw.com; jeremy.sternberg@usdoj.gov; michael.loucks@usdoj.gov
**Subject:** Ahmed's Motion to Travel

After reviewing the motion filed on behalf of the defendant and after considering the length of time Mr. Ahmed has been supervised by Pretrial Services without incident and, that he has traveled internationally as late as September without incident, Pretrial Services assents to the motion requesting return of his passport and to travel to Saudi Arabia from March 13th through the 16th. I would ask for a complete travel itinerary including hotel accommodations (if not already provided) and, that Mr. Ahmed surrender his passport by the close of business on March 17th (if practical) but no later than March 20th.