UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 05-10057-RCL** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **ABDUL RAZZAQUE AHMED** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

**JOINT STATUS MEMORANDUM**

Pursuant to the Court's Order, the parties have conferred and hereby submit a joint status memorandum addressing the items set forth in Local Rule 116.5(A)(1)-(7):

1. Defendant requests relief from the applicable timing requirements of Local Rule 116.3. The United States is endeavoring to fulfill those time requirements, but to the extent Defendant is afforded relief from them, the United States requests similar relief.

2. Defendant has requested expert discovery concerning expert witnesses. The United States has provided such requested discovery. Reciprocal discovery from Defendant concerning expert witnesses has been requested by the United States. Defendant has identified his DNA expert. The United States requests designation of any other experts that Defendant has engaged or will engage. Defendant will provide the United States with discovery concerning the expert witnesses he intends to call at trial. On May 31, 2006, Defendant requested a portion of over 500 sera samples from a collection of sera samples that was subpoenaed from Defendant's lab and is now stored at the Mayo Clinic in Rochester, Minnesota. The United States is responding to that request. The United States requests a date by which reciprocal discovery will be provided by the defendant.

3. The United States intends to call Russell Hall, M.D., a dermatologist at Duke University Medical Center, as a witness to testify generally about the diseases pemphigus and pemphigoid, their clinical presentation and their diagnostic differences. Any materials to be used by Dr. Hall (such as articles, pictures or the like) and a written summary of the testimony that the United States intends to offer, as well as a discussion of the expert's qualifications will be provided to the Defendant according to the Rules and/or the schedule set by the Court.

4. The parties request that a schedule be set for filing discovery and/or dispositive motions be set.

5. The Court stated in its November 21, 2005 Order that:

> This court finds and concludes, pursuant to the provisions of 18 U.S.C. §3161(h)(8) and Section 6(b)(8) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective July 1, 1980), that the interests of justice, i.e., review of the case, review of evidence, consideration of alternatives concerning how best to proceed with this matter, and preparation of dispositive motions, outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

In light of that finding, the parties requests that the Court order that the period between June 14, 2006 and the next status conference also be designated as excludable delay.

6. A trial is anticipated. The United States anticipates the trial will last approximately 20 days. Defendant does not yet believe he is in a position to estimate the number of trial days.

7.  The United States requests a Final Status Conference on a mutually convenient date in August 2006.  Defendant seeks another Interim Status Conference.

                                                        Respectfully submitted,

| | |
|---|---|
| RAZZAQUE ABDUL AHMED | MICHAEL J. SULLIVAN |
| | United States Attorney |
| By his attorney, | |
| | By:  /s/ Jeremy M. Sternberg |
| | James E. Arnold |
| /s/ Richard M. Egbert | Jeremy M. Sternberg |
| Richard M. Egbert | Assistant U.S. Attorneys |
| Law Offices of Richard M. Egbert, P.C. | One Courthouse Way |
| 99 Summer Street, Suite 1800 | Boston, MA 02210 |
| Boston, MA 02110 | (617) 748-3100 |
| (617) 737-8222 | |
| | Date: June 9, 2006 |