UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RAZZAQUE AHMED,<br>    Defendant | Case No.  05-10057-RCL |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Beijing, China from July 15 - 30, 2006; and to permit return of his passport so that he may obtain a Visa.

Dr. Ahmed has been invited by the Islamic Medical Association of North America to speak at their International Conference. Dr. Ahmed is a member of the Continuing Medical Education Committee hosting the event in China.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed wishes to travel to China to give a seminar on the medical management of hair loss.  The topic is of significant interest to the medical community; and the Doctor is a member of the Committee hosting the Conference.

2. Dr. Ahmed is prepared to forward his itinerary to Mr. Picozzi at Pre-Trial Services, once arrangements have been made.

3. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

4.  As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

5.  Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Beijing, China from July 15 through July 30, 2006; and to permit the immediate return of his passport so that he may obtain a Visa.

> Respectfully submitted,
> ABDUL RAZZAQUE AHMED,
> By his attorneys,
>
> /s/ Richard M. Egbert
> Richard M. Egbert, BBO # 151800
> Patricia A. DeJuneas, BBO # 652997
> 99 Summer Street, Suite 1800
> Boston, Massachusetts 02110
> (617) 737-8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on 06/15/06, I caused a copy of the forgoing to be served, by first class mail to counsel for the Assistant United States Attorneys Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110

> /s/ Richard M. Egbert
> Richard M. Egbert

Case 1:05-cr-10057-RCL     Document 77     Filed 06/16/2006     Page 3 of 3



*In the name of Allah, the Most Beneficent, the Most Merciful*

# Islamic Medical Association of North America
101 W. 22nd Street, Suite 106, Lombard, IL 60148
Phone: (630)932-0000/Fax: (630)932-0005/Email: hq@imana.org/Website: www.imana.org

**Executive Committee**

Rehana Kausar, M.D.
*President*

Sheik N. Hassan, M.D.
*President-Elect*

Ashraf Sufi, M.D.
*Vice President*

Hafizur Rehman, M.D.
*Secretary*

Khalique Zahir, M.D.
*Treasurer*

Farooq I. Selod, M.D.
*Immediate Past-President*

**Board of Regents**

Hossam E. Fadel, M.D.
*Chairman*

**Board Members**

Abdul Rauf Mir, M.D.

Purvaiz Malik, M.D.

Farooq I. Selod, M.D.

Faroque Khan, M.D.

Ayman Rayes, M.D.

**IMANA Headquarters**

Shiraz Malik.
*Executive Director*

Usman R. Durrani
*Manager*

June 9, 2006

Abdul Razzaque Ahmed, M.D.
Director, Center for Blistering Diseases
New England Baptist Hospital
70 Parker Hill Avenue, Suite 208
Boston, MA 02120

<u>**RE: IMANA International Meeting – China, July 2006**</u>

Dear Dr. Ahmed,

Thank you for your acceptance to serve on the Continuing Medical Education Committee of IMANA. As a member of the Committee, I hope you will be able to attend the entire meeting so that, if there are any issues with the academic program, CME Committee members can resolve them immediately. Since you are in the first group, you will be in China from July 15 to 30, 2006.

The membership looks forward to your seminar on "Medical Management of Hair Loss". This is a topic of significant interest to the medical community and society-at-large.

The details of the Program will be sent to you shortly, since preparations in China are being finalized. Please proceed with getting your Visa, since getting a Visa to China is time consuming.

IMANA is grateful to you for your participation.

With best wishes,
Sincerely,

*Rehana Kausar*

Rehana Kausar
President