UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Case No.  05-10057-RCL

ABDUL RAZZAQUE AHMED,
        Defendant

**DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION
IN RE: MOTION TO MODIFY TERMS OF PRETRIAL RELEASE**

Now comes the Defendant, Abdul Razzaque Ahmed, and respectfully submits the following reply to the Government's Opposition to the Defendant's Motion to Modify Terms of Pretrial Release to allow him to travel to China from July 15, 2006 through July 30, 2006.  As grounds therefore, the Defendant states the following:

1.    Contrary to the Government's Opposition, Defendant's counsel, through his office, contacted David Picozzi of Pretrial Services on June 14, 2006 with regard to the Defendant's plans to travel to China.

2.    Mr. Picozzi stated that he could not take a position either way unless asked by the Court to do so.

3.    However, Mr. Picozzi acknowledged that the Defendant has abided by all the terms of his pretrial release and did not pose a flight risk.  This information is included on Page 2 of the original Motion.

For the foregoing reasons, the Defendant respectfully requests that the Court grant the Defendant's Motion for Modification and permit the immediate return of his passport

so that he may obtain a Visa; as well as allow him to travel to China from July 15-30, 2006.

Respectfully submitted,
ABDUL RAZZAQUE AHMED
By his attorneys,


/s/ Richard M. Egbert
Richard M. Egbert, BBO: 151800
Patricia A. DeJuneas, BBO: 652997
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222


## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on 06/26/06, I caused a copy of the foregoing document to be served upon counsel for the Assistant United States Attorneys, Michael K. Loucks and Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110 via first class mail.


/s/ Richard M. Egbert
Richard M. Egbert, BBO: 151800