UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                  Case No.  05-10057-RCL

ABDUL RAZZAQUE AHMED,
       Defendant

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Paris, France from September 3, 2006 to September 10, 2006.  Dr. Ahmed has been invited by the European Society of Dermatological Research to speak at their Satellite Symposium to the Annual Meeting.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed wishes to travel to Paris to give a seminar entitled Advances in understanding the pathogenesis of Pemphigus and Pemphigoid.

2. Dr. Ahmed is prepared to forward his itinerary to Mr. Picozzi at Pretrial Services, once arrangements have been made.

3. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

4. As this Court may recall, it previously found that Dr. Ahmed is **not** a flight risk.  Since that time, there has not been any change in circumstances that would warrant a different conclusion, and there is

        no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

5.     Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

6.     Jeremy Sternberg of the United States Attorneys Office and David Picozzi of Pretrial Services have been notified of this request. Mr. Picozzi will offer an opinion if requested by the Court to do so.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Paris, France from September 3, 2006 to September 10, 2006.

                                                Respectfully submitted,
                                                ABDUL RAZZAQUE AHMED,
                                                By his attorneys,

                                                /s/ Richard M. Egbert
                                                Richard M. Egbert, BBO # 151800
                                                Patricia A. DeJuneas, BBO # 652997
                                                99 Summer Street, Suite 1800
                                                Boston, Massachusetts 02110
                                                (617) 737-8222

## **CERTIFICATE OF SERVICE**

     I hereby certify that on 07/14/06, I caused a copy of the forgoing to be served, by first class mail to counsel for the Assistant United States Attorney Jeremy Sternberg, Office of the United States Attorneys, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110.

                                                /s/ Richard M. Egbert
                                                Richard M. Egbert