## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. 05-10057-RCL** |
| ) | |
| v. ) | |
| ) | |
| **ABDUL RAZZAQUE AHMED** ) | |
| **Defendant** ) | |

### JOINT STATUS MEMORANDUM

Pursuant to the Court's Order, the parties have conferred and hereby submit a joint status memorandum addressing the items set forth in Local Rule 116.5(A)(1)-(7):

1. Defendant requests relief from the applicable timing requirements of Local Rule 116.3. The United States is endeavoring to fulfill those time requirements, but to the extent Defendant is afforded relief from them, the United States requests similar relief.

2. Defendant has requested expert discovery concerning expert witnesses. The United States has provided such requested discovery. Reciprocal discovery from Defendant concerning expert witnesses has been requested by the United States. Defendant has engaged a DNA laboratory, but has yet to provide the United States with discovery concerning the expert witnesses he intends to call at trial. The United States requests a date by which defendant shall make his expert disclosures

3. In addition to calling DNA expert(s), whose identities and opinions have previously been disclosed to defendant, the United States intends to call Russell Hall, M.D., a dermatologist at Duke University Medical Center, as a witness to testify generally about the diseases pemphigus and pemphigoid, their clinical presentation, diagnostic differences, treatments and

prognoses. Pursuant to the Court's August 8, 2006 Interim Status Report, the expert report regarding Dr. Hall has been provided to the defendant.

    4. The Court's August Order states that "the date for filing any additional discovery motions, and the date for filing dispositive motions shall be set at the next status conference." The parties request that such a schedule be set.

    5. The Court stated in its August 8, 2006 Order that:

> This court finds and concludes, pursuant to the provisions of 18 U.S.C. §3161(h)(8) and Section 6(b)(8) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective July 1, 1980), that the interests of justice, i.e., review of the case, review of evidence, consideration of alternatives concerning how best to proceed with this matter, and preparation of dispositive motions, outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

In light of that finding, the parties requests that the Court order that the period between August 8, 2006 and the next status conference also be excludable delay.

    6. A trial is anticipated. The United States anticipates the trial will last approximately 20 days. Defendant does not yet believe he is in a position to estimate the number of trial days.

7. The United States requests a Final Status Conference on a mutually convenient date in October 2006.

                                                                         Respectfully submitted,

| RAZZAQUE ABDUL AHMED | | MICHAEL J. SULLIVAN |
|---|---|---|
| | | United States Attorney |
| By his attorney, | | |
| | By: | /s/ Jeremy M. Sternberg |
| | | James E. Arnold |
| /s/ Richard M. Egbert by JMS w/permission | | Jeremy M. Sternberg |
| Richard M. Egbert | | Assistant U.S. Attorneys |
| Law Offices of Richard M. Egbert, P.C. | | One Courthouse Way |
| 99 Summer Street, Suite 1800 | | Boston, MA 02210 |
| Boston, MA 02110 | | (617) 748-3100 |
| (617) 737-8222 | | |
| | | Date: September 12, 2006 |