UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10057-RCL

UNITED STATES OF AMERICA

v.

ABDUL RAZZAQUE AHMED

**FINAL STATUS REPORT**

November 16, 2006

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, November 16, 2006, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. The government's discovery is complete except for Jenks material. The defendant is in the process of producing discovery in connection with his experts, in particular discovery relating to DNA testing. Most of the information is expected to be produced next week.

3. At present there are no outstanding or anticipated discovery issues. The government reserves its right to bring an appropriate motion if it objects to the defendant's upcoming production of discovery.

4. The defendant intends to file dispositive motions. Such motions are to be filed by December 11, 2006.

5. The court has on this date entered a further order on excludable time, excluding the period of November 16, 2006 through December 11, 2006, that being the period between the Final Status Conference and the date by which dispositive motions are to be filed. Based upon the prior orders of the court dated March 21, 2005, May 2, 2005, July 21, 2005, November

   21, 2005, January 19, 2006, February 8, 2006, June 14, 2006, August 8, 2006, September 12, 2006 and today's order, as of December 11, 2006 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried. The pendency of the defendant's motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, the government's case will last approximately 15-20 trial days. The defendant is expected to put on witnesses as well.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

             / s / Judith Gail Dein
             JUDITH GAIL DEIN
             UNITED STATES MAGISTRATE JUDGE