# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       v.                                      Criminal No. 05-10057-RCL

**ABDUL RAZZAQUE AHMED**

## PRETRIAL ORDER

After an Initial Pretrial Conference held on January 16, 2007, it is hereby ORDERED that:

1. A hearing on any motion to dismiss, suppress, sever, or other issue that must be resolved prior to trial will be held on   , at .

2. Trial shall commence on September 17, 2007, at 9:00AM.

3. The government shall by August 27, 2007, disclose to the defendant:

    (a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    (b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his or her case-in- chief shall be produced by August 27, 2007.

5. The parties shall file, by September 4, 2007, any requests for special trial arrangements (e.g. requests for a view; requests for special equipment or demonstrative aids to be used in the courtroom; requests for a Daubert hearing; requests pertaining to jury voir dire and

impanelment; or requests for special arrangements to accommodate, parties, counsel, witnesses or other participants in the trial or required because of other circumstances that may affect the conduct of the trial).

    6.    The parties, shall by September 4, 2007, file proposed voir dire questions, proposed jury instructions, and any motions in limine with supporting memoranda. Replies to any motion in limine shall be filed by September 7, 2007.

By September 4, 2007 the government shall also file a trial brief, setting forth the statutory basis of the offense(s) charged, a summary of the government's evidence and the government's position on any disputed, unusual, difficult, or otherwise important legal issue (including any evidentiary issue) that it anticipates will be raised in the case.

    7.    The government shall by September 10, 2007:

        (a)    Provide the defendant and the court with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant and the court of the name and address of that prospective witness.

        (b)    Provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

    8.    The defendant shall by September 14, 2007 (if the defendant has determined by that date that he or she will present a case-in-chief ):

        (a)    Provide the government and the court with the names and addresses of the

witnesses the defendant intends to call in his or her case-in-chief.  If the defendant subsequently forms an intent to call any other witness in his or her case-in-chief, he or she shall promptly notify the government and the court of the name and address of that witness.

        (b)     Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his or her case-in-chief.  If the defendant subsequently decides to offer any additional exhibits in his or her case-in-chief, he or she shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

9.     The parties shall by September 14, 2007, file a written stipulation of any facts that they agree are not in dispute.

10.     The Second Pretrial Conference shall be held on September 14, 2007, at 3:00PM.

11.     The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference: 

    1/16/07 - 9/17/07

DATED: January 16, 2007

        /s/  Reginald C. Lindsay
    UNITED STATES DISTRICT JUDGE