UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10057-RCL |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| ABDUL RAZZAQUE AHMED, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ASSENTED-TO MOTION FOR ONE WEEK EXTENSION
TO FILE SUPPLEMENTAL BRIEF**

The United State hereby files an assented-to motion to extend by one week the filing deadline for its supplemental brief (defendant's responsive brief would also be similarly extended by one week), and states as follows in support:

1. At the initial pre-trial conference in this case, held on January 16, 2007, the Court requested further briefing on an issue related to the pending Motion for Reconsideration, specifically the admissibility of certain DNA evidence with respect to Counts 1-20 (the fraud counts) and Counts 23-24 (the money laundering counts). The Court requested such briefing from the United States by January 30, 2007.

2. The United States hereby requests an additional week, until February 6, 2007, in order to complete this briefing. Trial in this matter is set for September 17, 2007, and therefore a one week extension will not have any adverse impact on any pre-trial or trial deadlines.

3. On January 26, 2007, in accordance with Local Rule 7.1, undersigned counsel for the United States and counsel for the Defendant (Mr. Egbert) conferred by telephone, and counsel for the Defendant assented to this motion for a one-week extension.

WHEREFORE, the United States respectfully requests that the Court allow its assented-to motion for a one-week extension of time to file its supplemental brief.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Jeremy M. Sternberg
       James E. Arnold
       Jeremy M. Sternberg
       Assistant U.S. Attorneys
       One Courthouse Way
       Boston, MA 02210
       (617) 748-3100

Date: January 29, 2007

### Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

       /s/ Jeremy M. Sternberg
       Jeremy M. Sternberg
       Assistant United States Attorney