## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-10057-RCL |
| v. ) | |
| ABDUL RAZZAQUE AHMED, ) | |
| Defendant ) | |

## ASSENTED-TO MOTION FOR EXTENSION
## TO FILE SUPPLEMENTAL BRIEF

The Defendant hereby files an assented-to motion to extend by two weeks the filing deadline for his supplemental brief, and states as follows in support:

1. At the initial pre-trial conference in this case, held on January 16, 2007, the Court requested further briefing on an issue related to the pending Motion for Reconsideration. Defendant's brief is currently due to be filed February 21, 2007.

2. Defendant hereby requests an additional two weeks, until March 7, 2007, in order to complete this briefing. Trial in this matter is set for September 17, 2007, and therefore a two-week extension will not have any adverse impact on any pre-trial or trial deadlines.

3. On February 14, 2007, in accordance with Local Rule 7.1, undersigned counsel for the Defendant and counsel for the United States (Jeremy M. Sternberg) conferred by telephone, and counsel for the United States assented to this motion for a two-week extension.

WHEREFORE, the United States respectfully requests that the Court allow its assented-to motion for a two-week extension of time to file its supplemental brief.

>Respectfully submitted,
>**Dr. Abdul Ahmed,**
>By his attorney,
>
>  /s/ Richard M. Egbert
>Richard M. Egbert
>99 Summer Street
>Boston, MA 02110
>(617) 737-8222

Dated: February 14, 2007

**Certificate of Service**

    I, Richard M. Egbert, hereby certify that I have, on this 14th day of February, 2007, caused the above document to be electronically served by hand upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

>  /s/ Richard M. Egbert
>Richard M. Egbert