UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10057-RCL |
| ) | |
| v. ) | |
| ) | |
| ABDUL RAZZAQUE AHMED ) | |
| ) | |
| Defendant ) | |

## ASSENTED-TO MOTION BY THE UNITED STATES
## TO TAKE VIDEOTAPE DEPOSITION OF RH

The United States, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys James E. Arnold and Jeremy M. Sternberg, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 15, to take the videotape deposition of RH.[1] In support of its motion, the United States submits as follows:

1. On March 15, 2005, Defendant was indicted on a variety of charges, including mail fraud, health care fraud, obstruction of justice and money laundering. At the heart of the Indictment, is a scheme to defraud Medicare by falsifying diagnoses of a rare blistering skin disease, pemphigus vulgaris ("pemphigus"), for patients who actually suffered from a different and distinct skin disease, pemphigoid. The Indictment charges that Defendant falsified these diagnoses, because during the relevant period, Medicare allowed reimbursement for expensive intravenous immunoglobulin ("IVIG") treatments for pemphigus, but not for pemphigoid. Defendant is charged with fraudulently billing Medicare, by falsifying a diagnosis of pemphigus, for over $5 million for IVIG treatments for patients who did not have the pemphigus, but rather

---

[1] RH is one of Defendant's former patients. She is so identified in this motion in light of the protective order entered in this case. Full identifying information for her was provided to Defendant by letter dated April 18, 2005.

had pemphigoid.

    2. The Indictment charges, among other things, a scheme to defraud in violation of 18 U.S.C. §1341.  RH is specifically identified in the Indictment at paragraph 26 as one of the patients for whom Defendant "fraudulently caused Medicare to be billed millions of dollars for IVIG treatments provided to patients who never had a disease which was approved by Medicare for such treatment. . ."

    3. Like many of the patients identified (by initials) in the Indictment, RH is elderly and suffers from various medical conditions.  The United States believes that she knew she had pemphigoid, not pemphigus, and that she received IVIG treatments from the Defendant.  The United States therefore seeks to preserve the testimony of this elderly (78 years old) witness for use at trial.  See United States v. Keithan, 751 F.2d 9 (1st Cir. 1984) (allowing, pursuant to Rule 15, taking of depositions of two elderly, infirm witnesses).

    4. In accordance with Local Rule 7.1(A)(2), counsel for the United States has, by means of a telephone conference on March 16, 2007, engaged counsel for Defendant in an effort to narrow or resolve the issues raised by this motion.  Counsel for the United States is informed by counsel for Defendant that he assents to this motion.  The United States also notes that Defendant assented to a nearly identical motion filed with the Court on October 7, 2005, and that pursuant to that motion the parties took a Rule 15 deposition of another one of Defendant's former patients.

5. Accordingly, the United States respectfully requests that the Court allow it to take the videotape deposition of RH on April 17, 2007 (a mutually convenient date already worked out among the parties and RH), or some other date as may be agreed to among the parties.

                                        MICHAEL J. SULLIVAN  
                                        United States Attorney

                        By:    /s/ Jeremy M. Sternberg  
                                        James E. Arnold  
                                        Jeremy M. Sternberg  
                                        Assistant United States Attorneys  
                                        One Courthouse Way, Suite 9200  
                                        Boston, MA 02210  
                                        (617) 748-3142

March 19, 2007

## Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF)..

March 19, 2007                          /s/ Jeremy M. Sternberg  
                                            Jeremy M. Sternberg  
                                            Assistant U.S. Attorney