UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-10057-RCL |
| v. ) | |
| ABDUL RAZZAQUE AHMED, ) | |
| Defendant ) | |

## JOINT MOTION TO CONTINUE TRIAL

Now comes the defendant, Abdul Razzaque Ahmed, M.D., in the above-referenced matter and respectfully requests this honorable Court continue the trial currently scheduled for September 17, 2007. As grounds therefore, the defendant's counsel states the following:

1) When the September 17th trial date was originally discussed, I failed to remember that I had long-standing paid trip to Africa in October (Oct. 8 -12); the week after the Court will be in recess from this trial;
2) AUSA Jeremy Sternberg does not oppose this request; and
3) Both parties are available for trial on November 5, 2007.

WHEREFORE, the defendant respectfully requests that the trial currently scheduled for September 17, 2007 be continued to November 5, 2007 – a mutually agreeable date between the parties.

Respectfully submitted,
Abdul Razzaque Ahmed, MD
Defendant,
By his attorney,

         /s/ Richard M. Egbert
Richard M. Egbert  BBO: 151800
Law Offices of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222

CERTIFICATE OF SERVICE

      I, Richard M. Egbert, do hereby certify that I served a copy of the enclosed documents upon Jeremy Sternberg, Assistant United States Attorney, 408 Atlantic Avenue, Suite 530, Williams Building, Boston, Massachusetts 02110, via first class mail on March 21, 2007.

                                                                /s/ Richard M. Egbert
                                                                Richard M. Egbert