**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-10057-RCL |
| v. ) | |
| ) | |
| ABDUL RAZZAQUE AHMED, ) | |
| ) | |
| Defendant ) | |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Dr. Abdul Razzaque Ahmed ("Dr. Ahmed") respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to major international dermatological conferences in Buenos Aires, Argentina (October 1-5) and Vienna, Austria (May 16-20), and to travel to Mecca (August 7-14) for religious service, and India (May 31-June 14) to participate in ceremonies commemorating the death of his aunt and uncle, both of whom passed away in early April; and to permit return of his passport so that he may obtain a Visa.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed has been invited by the World Congress of Dermatology – a meeting which takes place only once every five years and has 50,000-60,000 attendees – to chair the conference's section on the treatment of auto-immune blistering diseases in Buenos Aires, Argentina from October 1-5

2. This is not a position which Dr. Ahmed sought out – he has been asked to chair the section because there is no other dermatologist with his level of expertise or who has made as many contributions to the treatment of these potentially fatal blistering diseases.

3.  Dr. Ahmed has been invited by the European Academy of Dermatology to give three lectures on topics involving potentially fatal blistering diseases at its conference in Vienna, Austria from May 16-20.

4.  Dr. Ahmed has been asked to give the lectures because there is no other expert who can cover all three topics alone and because of his academic contributions to these fields.

5.  Dr. Ahmed's aunt and uncle both passed away, within days in early April. Together, they represented the last two living members of Dr. Ahmed's parents' generation in his family. His brother-in-law (eldest sister's husband), passed away in January 2007. This is the first death in his generation in his immediate family.

6.  In the Muslim-Indian tradition, the deceased are buried immediately – within 24 hours – and there is then a ceremony which follows to honor the dead. Although Dr. Ahmed was, of course, unable to be in India for the burial of his aunt, uncle and brother-in-law, it is of great personal and spiritual importance to him that he be able to participate and grieve with his family. The ceremony will take place June 3, 2007, and because travel to India is lengthy, it will take multiple days for Dr. Ahmed to travel to and from India.

7.  It is part of the Muslim tradition and culture for the surviving relatives to travel to Saudi Arabia and pray in Mecca for 5 days. These are long prayers and dedicated to Dr. Ahmed's parents, as well as his uncles and aunts from both sides and both sets of grandparents. The planned dates are August 8-13, 2007. Travel will require two additional days. This religious service is considered an essential part of Muslim religious and spiritual life, and is a religious duty on Dr. Ahmed's part.

8. Dr. Ahmed is prepared to forward his itinerary for each trip to Mr. Picozzi, once the arrangements have been made. He has done this for every trip he has taken during the past two years.

9. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

10. The Court has previously found on multiple occasions that Dr. Ahmed is **not** a flight risk. Since those times, there has not been any change in circumstances that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

11. Furthermore, Dr. Ahmed has been permitted on multiple occasions to leave the country prior to this request, including trips to Saudi Arabia, France and China and has done so without issue.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Buenos Aires, Argentina; Vienna, Austria; Mecca; and India.

> Respectfully submitted,
> **Dr. Abdul Ahmed,**
> By his attorney,
>
> __/s/ Richard M. Egbert_____
> Richard M. Egbert, Esq. BBO: 151800
> Law Offices of Richard M. Egbert, PC
> 99 Summer Street, Suite 1800
> Boston, MA 02110
> (617) 737-8222

Dated: May 1, 2007

## Certificate of Service

    I, Richard M. Egbert, hereby certify that I have, on this 1st day of May 2007, caused the above document to be electronically served by hand upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

                                            /s/ Richard M. Egbert
                                               Richard M. Egbert