## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Case No. 05-10057-RCL | ) |
|  | ) |
| v | ) |
|  | ) |
| ABDUL RAZZAQUE AHMED | ) |
| Defendant | ) |
|  | ) |

### MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant, Dr. Abdul Razzaque Ahmed, respectfully requests that this Court modify the terms of his pre-trial release to allow him to change the dates of his travel to India to participate in ceremonies commemorating the death of his aunt and uncle, both of whom passed away in early April.

In support thereof, Dr. Ahmed states the following:

1. On May 15, 2007, this Court allowed Dr. Ahmed's motion to travel to Vienna, Austria from May 16 to May 20; and to India from May 31 to June 14, 2007.

2. Due to the timing of the prior decision, Dr. Ahmed was unable to secure airline tickets for travel to Vienna, Austria. He was, therefore, unable to attend the dermatological conference.

3. Further, Dr. Ahmed states that he is unable to secure airline tickets to travel to India on both May 31 and June 14, 2007; as there are no tickets available on those particular dates on any international flights traveling to India.

4. Dr. Ahmed is, however, able to secure airline tickets for travel on May 30 and June 15, 2007

WHEREFORE, Dr. Ahmed respectfully requests this Honorable Court allow him to change the dates of his travel to India from May 31 and June 14 to May 30 and June 15, 2007.

                                          Respectfully submitted,
                                          **Dr. Abdul Ahmed,**
                                          By his attorney,

                                          __/s/ Richard M. Egbert_____
                                          Richard M. Egbert, Esq. BBO: 151800
                                          Law Offices of Richard M. Egbert, PC
                                          99 Summer Street, Suite 1800
                                          Boston, MA 02110
                                          (617) 737-8222

## Certificate of Service

I, Richard M. Egbert, hereby certify that I have, on this 23rd day of May 2007, caused the above document to be electronically served by hand upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

                                          /s/ Richard M. Egbert
                                          Richard M. Egbert

## Certificate of Consultation

I, Richard M. Egbert, hereby certify that I have consulted with Jeremy Sternberg of the United States Attorneys Office and David Picozzi of Pretrial Services with regard to this Motion.

                                          /s/ Richard M. Egbert
                                          Richard M. Egbert