UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 05-10057-RCL** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **ABDUL RAZZAQUE AHMED** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

## ASSENTED-TO MOTION BY THE UNITED STATES
## TO TAKE VIDEOTAPE DEPOSITION OF RW

The United States, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys James E. Arnold and Jeremy M. Sternberg, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 15, to take the videotape deposition of RW.[1] In support of its motion, the United States submits as follows:

1. On March 15, 2005, Defendant was indicted on a variety of charges, including mail fraud, health care fraud, obstruction of justice and money laundering. At the heart of the Indictment, is a scheme to defraud Medicare by falsifying diagnoses of a rare blistering skin disease, pemphigus vulgaris ("pemphigus"), for patients who actually suffered from a different and distinct skin disease, pemphigoid. The Indictment charges that Defendant falsified these diagnoses, because during the relevant period, Medicare allowed reimbursement for expensive intravenous immunoglobulin ("IVIG") treatments for pemphigus, but not for pemphigoid. Defendant is charged with fraudulently billing Medicare, by falsifying a diagnosis of pemphigus, for over $5 million for IVIG treatments for patients who did not have the pemphigus, but rather

---

[1] RW is one of Defendant's former patients. He is so identified in this motion in light of the protective order entered in this case. Full identifying information for him was provided to Defendant by letter dated April 18, 2005.

had pemphigoid.

      2. The Indictment charges, fourteen counts of health care fraud in violation of 18 U.S.C. §1347. One of the counts (Count 19) relates solely to a Medicare claim Defendant made on behalf of one of his patients at the time, RW.

      3. Like many of the patients identified (by initials) in the Indictment, RW is elderly (over 90 years old) and suffers from various medical conditions, including recent cardiac problems. The United States believes that he knew he had pemphigoid, not pemphigus, and that he received IVIG treatments from the Defendant. The United States therefore seeks to preserve the testimony of this elderly witness for use at trial. See United States v. Keithan, 751 F.2d 9 (1st Cir. 1984) (allowing, pursuant to Rule 15, taking of depositions of two elderly, infirm witnesses).

      4. In accordance with Local Rule 7.1(A)(2), counsel for the United States has, by means of telephone conferences the week of May 21, 2007, engaged counsel for Defendant in an effort to narrow or resolve the issues raised by this motion. Counsel for the United States is informed by counsel for Defendant that he assents to this motion. The United States also notes that Defendant assented to nearly identical motions filed with the Court on October 7, 2005, and March 19, 2007, and that pursuant to those motions the parties took a Rule 15 deposition of two other of Defendant's former patients.

5. Accordingly, the United States respectfully requests that the Court allow it to take the videotape deposition of RW in Bangor, Maine on July 6, 2007 (a mutually convenient date already worked out among the parties and RW), or some other date as may be agreed to among the parties.

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   /s/ Jeremy M. Sternberg
       James E. Arnold
       Jeremy M. Sternberg
       Assistant United States Attorneys
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3142

May 29, 2007

## Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF)..

May 29, 2007                    /s/ Jeremy M. Sternberg
                                      Jeremy M. Sternberg
                                      Assistant U.S. Attorney