UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Case No. 05-10057-RCL | ) |
| | ) |
| v | ) |
| | ) |
| ABDUL RAZZAQUE AHMED | ) |
| Defendant | ) |
| | ) |

**MOTION TO WITHDRAW**
**MOTION TO MODIFY TERMS OF PRETRIAL RELEASE**

Defendant, Dr. Abdul Razzaque Ahmed, respectfully requests that this Court withdraw his motion to modify the terms of his pre-trial release. In that motion, the defendant was requesting to change the dates of his travel to India to May 30, 2007 and June 15, 2007.

The defendant will travel on the previously allowed dates of May 31, 2007 and June 14, 2007.

Respectfully submitted,
**Dr. Abdul Ahmed,**
By his attorney,

  /s/ Richard M. Egbert
Richard M. Egbert, Esq. BBO: 151800
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

## Certificate of Service

      I, Richard M. Egbert, hereby certify that I have, on this 30th day of May 2007, caused the above document to be electronically served by hand upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210 and David Picozzi, Pretrial Services, One Courthouse Way, Boston, MA 02210.

                                                  /s/ Richard M. Egbert
                                                  Richard M. Egbert