**Larry Tipton, Attorney at Law**
_____
Trial Lawyer                                    Criminal Defense                                    DNA Legal Consultant

June 15, 2007

Jeremy M. Sternberg, A.U.S.A.
United States Attorney Office
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

    **Re:    United States v. Ahmed: Discovery Letter Response:**

Dear Mr. Sternberg:

    In reference to your letter received via United States Mail on June 4, 2007, requesting discovery, we respond pursuant to Rule 16 and Local Rule 116.3 as follows:

    We agree to provide to you 25 µl of the samples tested by SERI referenced in your letter. Although it has not been confirmed as to each sample, based on my conversations with SERI, I believe there will be a sufficient quantity remaining of each sample to supply to you the requested amount. At your request, these samples will be shipped directly to The Bode Technology Group. SERI requires a specific contact person at Bode to direct the samples to, and cannot ship the samples without a specific contact person. Kindly provide this name to me as soon as practicable. Additionally, we agree to provide whatever data and testing results Dr. Yunis reviewed relevant that you have requested in the letter.

    We expect to comply with your requests on or before July 16, 2007. Please do not hesitate to contact me with any questions regarding this response.

                                                   Sincerely,

                                                 Larry Tipton

encl\
cc: Richard Egbert

Law Office of Larry Tipton
One Center Plaza
Suite 220
Boston, MA 02108
617.227.1308
617.227.6886 (fax)