UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 05-10057-RCL |
| v. | ) ) |  |
| ABDUL RAZZAQUE AHMED, | ) ) |  |
| Defendant | ) ) |  |

# EXPERT DISCLOSURE OF
# DR. SAMUEL L. MOSCHELLA

**A.**     **Qualifications**

Dr. Samuel Moschella is board certified in Dermatology and Dermatopathology. He is a Clinical Professor (Emeritus) of Dermatology at Harvard Medical School in Boston, and a Senior Consultant at the Lahey Clinic Medical Center in Burlington, Massachusetts. Dr. Moschella has had a distinguished career in dermatology and has been declared one of the "Masters of Dermatology" by the American Academy of Dermatology. He has authored a widely used textbook on dermatology. He has been President of the Massachusetts Academy of Dermatology, New England Dermatology Society, and President of the American Academy of Dermatology. He has been a member and President of the American Board of Dermatology.

**B.**     **Substance of Testimony, Opinions, and Bases for Opinions**

Dr. Moschella will testify that, during his 54 years in practice, he has seen more than 100 cases of pemphigus and approximately 300 cases of pemphigoid. He will testify that there is a large spectrum of clinical presentation, response to therapy, and outcomes for both diseases. Some patients with pemphigoid have extensive, wide-spread cases of the disease that do not respond to

conventional therapy, and are treatment dilemmas. Dr. Moschella will testify that he is not aware of any published standard of care for either pemphigus or pemphigoid.

Diagnosis of pemphigus and pemphigoid can be difficult. For example, diagnosis of mucous membrane (cicatricial) pemphigoid can be delayed for months or years because of its clinical resemblance to other diseases. Additionally, diagnostic biopsies on nasal tissue, palate, gingivae, upper airway, vocal cords, and esophagus are difficult because the tissues are fragile.

Both pemphigoid and pemphigus can greatly diminish a patient's quality of life. For example, they can both lead to scarring in the throat which can cause difficulty swallowing. They also can both lead to scarring of the esophagus which requires repeated dilatation or feeding by making a hole in the stomach and inserting a tube. Other scarring problems that can occur as a result of both diseases including: scarring in the anal canal which may cause leaking of fecal matter and need for adult diapers, and vaginal scarring which can cause the opening to be reduced to the size of a pencil, and does not permit regular exams or pap smears, or sexual activity. In both diseases, vocal cord involvement can warrant an elective tracheotomy to prevent the throat from closing.

Pemphigoid, like pemphigus, is a serious and potentially fatal disease. Cicatricial pemphigoid can lead to blindness. Dr. Moschella will state that a patient suffering from pemphigoid may suffer severe immunosuppression as a result of the drug therapy which in turn can result in septicemias and death. Additionally, patients suffering from pemphigoid may be at increased risk of death due to their typically advanced age, concomitant medical problems, and drug interactions.

Dr. Moschella will testify that the molecules involved in pemphigoid and pemphigus have been identified by examining the sera of patients suffering from these diseases to identify the

relevant antibodies. Indirect immunofluoresence is a valuable and clinically relevant tool. For example, it can be useful in the management of pemphigus when a patient is resistant to therapy because the antibody titer will indicate the severity of the disease and may help to explain the lack of response to therapy. Indirect immunofluoresence is also useful when other diagnostic tests have been inconclusive.

During his practice, Dr. Moschella has seen patients with blistering diseases develop a second blistering disease, or patients may have two blistering diseases simultaneously. For example, he has seen pemphigoid develop epidermolysis bullous aquisita (EBA) and he has seen patients with pemphigoid develop pemphigus. He also is aware that patients have received a dual diagnosis of pemphigus and pemphigoid.

Dr. Moschella will testify that Dr. Ahmed has conducted groundbreaking research studies which sought to identify the genes that predispose patients to developing pemphigus and pemphigoid. When Dr. Ahmed opened the Center for Blistering Diseases in Boston, it immediately became a "community resource". Most of the complicated cases of blistering disease in New England, as well as in other states and countries, have been referred to Dr. Ahmed and the Center for Blistering Diseases in Boston. The success of his Center is a result of a variety of factors, including: 1) highly focused patient populations, 2) staff thoroughly trained to deal with such complex problematic cases, 3) a team of experts in ophthalmology, ENT, oral medicine, gynecology, and oncology who are experts in blistering disease, 4) the Center's practice of providing patients practical ways to deal with everyday life issues, such as eating, clothing, showers, anal or vaginal care, and 5) the provision of a patient support group. As a result of the Center's success, Dr. Ahmed has seen some of the most severe, sick patients, and he often sees

patients who either did not respond to medication as expected or who developed side effects to their medication.

Dr. Moschella will testify that Dr. Ahmed pioneered the use of intravenous immunoglobulin ("IVIG") in blistering diseases. IVIG is an effective treatment for pemphigus and pemphigoid, especially in severe cases. Recently, Dr. Ahmed published a study in the New England Journal of Medicine in the October 2006 issue, the use of a new drug, Rituximab, in controlling pemphigus within weeks, rather than months or years.

Dr. Moschella will testify that Dr. Ahmed is among a small, select group of physicians who do cutting edge research while also treating patients in a state-of-the art manner.

    Respectfully submitted,
    Defendant Abdul Razzaque Ahmed
    By his attorney,

    /s/ Richard M. Egbert
    Richard M. Egbert, BBO: 151800
    Law Offices of Richard Egbert, PC
    99 Summer Street, Suite 1800
    Boston, MA 02110
    Tel: 617-737-8222