UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>ABDUL RAZZAQUE AHMED,  )<br>)<br>Defendant       )<br>) | Case No. 05-10057-RCL |

# EXPERT DISCLOSURE OF
# DR. NIEL KORMAN

## A. Qualifications

Dr. Korman is a professor of Dermatology at Case Western Reserve University, where he is also a member of the Skin Diseases Research Center. He is the founder and director of the Regional Center for Immunobollus Disease as well as the Skin Immunopathology Laboratory at the University Hospitals of Cleveland. He also is the Director of the Murdough Family Center for Psoriasis at the University Hospitals Case Medical Center in Cleveland.

Dr. Korman is board certified in Dermatology and holds a Special Qualification in Dermatological Immunology/Diagnostic and Laboratory Immunology. He is a member of numerous associations, including the Society for Investigative Dermatology, the American Academy of Dermatology, the Ohio Dermatological Association, the Cleveland Dermatological Society, the Dermatology Foundation, the Association for Proficiency in Skin Immunopathology, the Medical Dermatology Society, and the International Pemphigus Foundation. He has served as a referee for many prestigious journals including the Journal of the American Academy of Dermatology, the British Journal of Dermatology, the New England

Journal of Medicine, and the Journal of the American Medical Association. He also has held editorial responsibilities for Medical and Surgical Dermatology, the Journal of Cutaneous Medicine & Surgery, and Investigative Ophthalmology & Visual Science. In addition, he has authored dozens of articles in the area of dermatology, a number of them focused on his research in pemphigoid and pemphigus.

Dr. Korman has extensive experience with blistering diseases. A large volume of patients with blistering diseases, non-responsive to routinely used corticosteroids and immunosuppressive agents, are referred to him for consultation and on-going care. On an annual basis, Dr. Korman treats more than fifty patients with pemphigoid and more than twenty-five patients with pemphigus. Through his research, his medical practice, and as the Director of the Cutaneous Immunofluoresence Laboratory, Dr. Korman has acquired extensive experience in providing care to patients with blistering diseases, particularly those that have failed routine therapy.

**B.   Substance of Testimony, Opinions, and Bases for Opinions**

Dr. Korman will testify that until approximately 1953, pemphigus and pemphigoid were considered one disease because of their similar clinical presentation, clinical course, response to therapy and outcomes. In approximately 1953, Dr. Walter Lever described pemphigoid as a different disease, based on the histology. The blister in pemphigus was intraepidermal, and in pemphigoid it was subepidermal. A further distinction was made in approximately 1967, when Dr. Ernest Beutner described that the antibodies in the sera of patients with pemphigus bind to the intercellular cement substance (ICS) of any stratified squamous epithelium such as human skin, human oral mucosa, and monkey esophagus, while pemphigoid bound to the basement membrane zone (BMZ).

Dr. Korman will provide an overview of pemphigus and pemphigoid, including clinical presentation, histology, and immunopathology. He also will testify that there is a wide spectrum in the severity of both pemphigoid and pemphigus. Some patients with these diseases are resistant to most known drugs and, in some, the sometimes catastrophic side effects the drugs produce render them unusable. In certain cases patients are treated with IVIG therapy.

Both pemphigus and pemphigoid can result in lesions in the oral cavity, oropharynx, pharynx, hypopharynx, larynx, esophagus, nose, anal canal, penis, and vagina. These lesions that present as pemphigoid and pemphigus may indistinguishable upon visual examination, particularly in the oral cavity.

Dr. Korman will testify that pemphigoid is not a self-limiting disease in all patients, and that not all patients are cured after a clinical course of four to six months of treatment. There are numerous studies documenting severe cases of pemphigoid, with relapses and remissions, requiring treatment with Azathioprine, Cyclosporine, Mycophenolate Mofetil, Cyclophosphamide, Plasmapheresis, Extracorporeal Photophoresis, Intravenous Immunoglobulin, and Rituximab. In addition, pemphigoid is often exacerbated by the fact that the mean onset age of pemphigoid patients is over seventy, and many of its victims therefore have other conditions such as diabetes, cancer, osteoporosis, or high blood pressure which require multiple drug therapies. Some studies from Europe have shown that even with treatment, as many as 40% of patients suffering from bullous pemphigoid die within twelve months, while a study that Dr. Korman has just completed demonstrates that over 20% of patients with bullous pemphigoid die within the first twelve months.

Mucous membrane pemphigoid resembles pemphigus in that patients suffering from mucous membrane pemphigoid have scarring at multiple mucosal sites, such as the eyes, nose,

mouth, throat, esophagus, vagina, penis, and anal canal. Additionally, patients with mucous membrane pemphigoid who have ocular involvement invariably have scarring. This scarring leads to acute redness of the eye which is very similar to the eye redness that can be caused by pemphigus.

Dr. Korman will testify that there is no standard of care for pemphigus or pemphigoid published by any organization, society, or by the American Academy of Dermatology. There is no universal agreement on terminology, treatment plans, or algorithms. Each individual dermatologist uses his work up and the treatment plan he finds most comfortable or successful in his practice. Dr. Korman will emphasize that the clinical course of a blistering disease is not uniform, predictable, or static, and there are no predictive or prognostic factors known that can inform a physician the anticipated clinical course.

Dr. Korman will testify that there is significant value to doing indirect immunofluoresence studies because it measures a patient's antibodies and both pemphigus and pemphigoid are antibody mediated autoimmune diseases. Antibody tests like indirect immunofluoresence and ELISA are particularly useful in making an appropriate diagnosis when a patient is resistant to therapy because the antibody titer will indicate the severity of the disease and may help explain the patient's failure to respond to therapy. Indirect immunofluoresence requires considerable skill and training as well as the necessary infrastructure to be carried out correctly. For example, the pathologist or technician must be trained in how to dilute the fluorescent conjugated antibody, and how to use a fluorescent microscope. When carried out by a properly trained pathologist or technician, indirect immunofluoresence provides valuable diagnostic information, especially in complicated cases. As a result, Dr. Korman routinely

recommends that patients suffering from blistering diseases be evaluated with indirect immunofluoresence and he performs this procedure on all of his blistering disease patients.

Dr. Korman will testify that a patient with one blistering disease in rare instances may develop a second blistering disease. For example, recently published studies report that patients with bullous pemphigoid subsequently developed epidermolysis bullous aquisita (EBA). In his practice, Dr. Korman has encountered at least one patient who suffered from both pemphigus and pemphigoid, and he is aware of other published reports of patients suffering from both diseases. The coincidence of the two disease is not entirely surprising since they are both autoimmune diseases. Patients with an autoimmune disease have a diminished ability to resist diseases and are therefore susceptible to developing additional diseases. In general, awareness of the existence of a "dual diagnosis", or the presence of two autoimmune diseases of the skin in a single patient, is beginning to emerge in the community of dermatology.

Dr. Korman will testify that IVIG has been an very useful treatment for patients with autoimmune blistering diseases. It has given many patients a better quality of life and it has been effective in cases that would otherwise have been exceedingly difficult to treat.

          Respectfully submitted,
          Defendant Abdul Razzaque Ahmed
          By his attorney,

          /s/ Richard M. Egbert
          Richard M. Egbert, BBO: 151800
          Law Offices of Richard Egbert, PC
          99 Summer Street, Suite 1800
          Boston, MA 02110
          Tel: 617-737-8222