UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br>    Plaintiff  ) <br>  ) <br>   v.  ) <br>  ) <br> ABDUL RAZZAQUE AHMED  ) <br>    Defendant  ) | |

### *RENEWED* MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Dr. Abdul Razzaque Ahmed respectfully requests that this court allow him to modify the terms of his pretrial release by allowing him to travel to Buenos Aires, Argentina from September 27, 2007 to October 10, 2007 so that he may attend and speak at the 21st World Congress of Dermatology.

In support thereof, Dr. Ahmed states the following:

1. Dr. Ahmed has been invited by the World Congress of Dermatology to chair the conference's session on the treatment of auto-immune blistering diseases in Buenos Aires, Argentina. This congress takes place only once every five years and has 50,000 – 60,000 attendees. [Exh. 1: Invitation from the 21st World Congress of Dermatology]

2. This is not a position that Dr. Ahmed sought out – he has been asked to chair the session because there is no other dermatologist with his level of expertise or who has made as many contributions to the treatment of these potentially fatal blistering diseases.

3. The leaders in each field of dermatology are chosen by an independent panel of dermatologists that are scholarly and can judge the relevance,

important and impact of discoveries or innovations. Dr. Ahmed has made some of the most important contributions to the treatment of blistering diseases in the last seven (7) years, and has developed a comprehensive, multi-faceted center to treat all aspects of blistering diseases.

4. Dr. Ahmed has been invited to give ten separate lectures, [Exh. 2: Summary of Abstract Presentations] in addition to chairing the workshop on "Treatment of Autoimmune Blistering Diseases." [Exh. 3: Workshop schedule].

5. Dr. Ahmed has also been invited to attend several small informal study groups and research initiative planning sessions which are held post-congress.

6. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

7. The Court has previously found on multiple occasions that Dr. Ahmed is **not** a flight risk. Since those times, there has not been any change in circumstance that would warrant a different conclusion, and there is no reason to believe that Dr. Ahmed would not return to Massachusetts to face the charges against him.

8. Furthermore, Dr. Ahmed has been permitted on multiple occasions to leave the county prior to this request, including trips to Saudi Arabia, France and China; and he has done so without issue.

      9.      Jeremy Sternberg of the United States Attorneys Office and David Picozzi of Pretrial Services have been notified of this request.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grand his renewed Motion to Modify the Terms of his Pretrial Release to allow him to travel to Buenos Aires, Argentina from September 27, 2007 to October 10, 2007.

Respectfully submitted,
Dr. Abdul Ahmed,
By his attorney,

/s/ Richard M. Egbert
Richard M. Egbert, Esq. BBO: 151800
Law Offices of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222

Dated: August 31, 2007

EXHIBIT 1

Case 1:05-cr-10057-RCL	Document 127-2	Filed 08/31/2007	Page 1 of 6




Buenos Aires, October 17th 2006.

Abdul Razzaque Ahmed
United States

*Ricardo L. Galimberti*
*President*

Dear Dr. Ahmed,

*Adrián-Martín Pierini*
*Secretary General*

On behalf of the Organizing Committee of the **21st World Congress of Dermatology**, to be held in Buenos Aires, Argentina, from September 30th to October 5th, 2007, under the auspices of the International League of Dermatological Societies, it is our pleasure to invite you to participate as:

- **Chair** of **Workshop "Treatment of autoimmune blistering diseases"** (02/10 13:45 to 15:45).
- **Speaker** of **Workshop "Treatment of autoimmune blistering diseases"** (02/10 13:45 to 15:45), with the topic "Introduction and welcome".
- **Speaker** of **Workshop "Treatment of autoimmune blistering diseases"** (02/10 13:45 to 15:45), with the topic "Use of biologics in blistering diseases".

Be aware that the Scientific Program is available at the Faculty Section within the Congress web site, http://www.dermato2007.org, and is updated every two weeks. Please follow the link and log in using the username and password previously sent by email.

The official language of the Congress is English. Therefore, all presentations and summaries should be in English.

SPEAKERS should submit a summary of each presentation, which will be published in the Abstract Book. Submission should be made through the Congress web site according to these deadlines:

| Special Lectures, "Advances" Lectures, Symposia, Workshops and Courses | November 30th, 2006. |
|---|---|
| What's New Sessions and Hot Spots | May 4th, 2007. |

Power point projection will be provided in each meeting room (single screen projection). Further guidelines will be available at the web site in the Faculty Section by March 2007.

In accordance with the World Congress policy, we inform you that, considering the activities you have been assigned in the Scientific Program, the Congress will waive your registration fee, but will be unable to reimburse for your expenses.

Thank you in advance for your participation at the 21st World Congress of Dermatology. If you have any further requirement, please do contact us at your earliest convenience.

Sincerely yours,

Adrián-Martín Pierini, MD
Secretary General

Ricardo L. Galimberti, MD
President

*Congress Secretariat: ANA JUAN CONGRESOS*
*Malasia 884, C1426BNB Buenos Aires, Argentina.*
*Phone: +54-11-4777 9449   Fax: +54-11-4771 1536*
*Email: info@dermato2007.org   Web: www.dermato2007.org*

# EXHIBIT 2

Case 1:05-cr-10057-RCL    Document 127-2    Filed 08/31/2007    Page 3 of 6

Summary of Abstracts Presentations - WCD2007
September 30-October 5, 2007

| DATE  | TIME      | ROOM#  | Abstract# | ABSTRACT TITLE |
|-------|-----------|--------|-----------|----------------|
| 2-Oct | 1:45-4:00 | Room A | 1038      | Microarray analysis of cutaneous lesions from patients with pemphigus vulgaris. |
| 2-Oct | 1:45-4:00 | Room A | 1036      | Comparison of cytokine profiles between pemphigus vulgaris patients treated with conventional immunosuppressive therapy and IVIG followed for 18 consecutive months. |
| 2-Oct | 1:45-4:00 | Room A | 1037      | The worldwide assocation of pemphigus with HLA markers: Model for molecular therapies. |
| 2-Oct | 3-4:30pm  | Room L | 1192      | Stratification of response to IVIG based on clinical outcomes in patients with pemphigus and pemphigoid |
| 2-Oct | 3-4:30pm  | Room L | 1193      | Rituximab and IVIG produce long term remission in recalcitrant pemphigus vulgaris, and as first line therapy. |
| 4-Oct | 3-4:30pm  | Room U | 2471      | Novel function of NK cells in patients with untreated active pemphigus vulgaris. |
| 4-Oct | 3-4:30pm  | Room U | 2469      | Correlation between antigen specifity and clinical outcome in mucous membrane pemphigoid |
| 4-Oct | 3-4:30pm  | Room U | 2468      | Adverse drug reactrions of IVIG: Analysis of 9,892 consecutive infusions in aptients with pemphigus or pemphigoid. |
| 4-Oct | 3-4:30pm  | Room U | 2472      | Use of Rituximab and IVIG in the treatment of recalcitrant bullous pemphigoid. |
| 4-Oct | 3-4:30pm  | Room U | 2470      | High resolution HLA genotyping in patients with pemphigus vulgaris or pemphigoid concurrent with mixed connective tissue disease. |

# EXHIBIT 3

| | | |
|---|---|---|
| 02/10/2007<br>13:45 - 15:45<br>Room C | **Workshop**<br>**"Treatment of autoimmune blistering diseases"**<br><br>Medical therapy | WS28 |

| | | |
|---|---|---|
| | ✓ Chair | **Abdul Razzaque Ahmed (United States)** |
| | ✓ Co-Chair | **Pascal Joly (France)** |
| | ✓ Co-Chair | **José Mascaró Jr (Spain)** |
| | ✓ Co-Chair | **Marcelo Gabriel Label (Argentina)** |

13:45 (3')   *Introduction and welcome*
✓ Speaker   **Abdul Razzaque Ahmed (United States)**

13:48 (7')   *Pathogenesis of autoimmune blistering diseases - From mouse to human: clinical utility of such studies*
✓ Speaker   **Sergei Grando (United States)**

13:55 (7')   *Pathogenesis of autoimmune blistering diseases - T cell studies in autoantibody mediated diseases: possible frontiers for new therapies*
✓ Speaker   **Michael Hertl (Germany)**

14:02 (13')   *Prednisone in pemphigus - When, how much, how long: friend or foe*
✓ Speaker   **Jean Claude Bystryn (United States)**

14:15 (13')   *Use of biologics in blistering diseases*
✓ Speaker   **Abdul Razzaque Ahmed (United States)**

14:28 (13')   *Management of bullous pemphigoid*
✓ Speaker   **Pascal Joly (France)**

14:41 (13')   *Management of cicatricial pemphigoid*
✓ Speaker   **Kim B. Yancey (United States)**

14:54 (13')   *Immunoabsorption for treatment of autoimmune blistering diseases*
✓ Speaker   **Detlef Zillikens (Germany)**

15:07 (13')   *Dermatitis herpetiformis: pathogenesis and treatment*
✓ Speaker   **Cinthia Dickson (Argentina)**

15:20 (25')   *Pannel discussion*