UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  ) Criminal No.  05-10057-RCL<br>v.  )<br>  )<br>ABDUL RAZZAQUE AHMED,  )<br>  )<br>Defendant.  ) | |

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any mental reservations or positive opinions regarding the United States Medicare system which would affect your judgment so as to prevent you from rendering a fair and impartial verdict?

2. Do any among you have any mental reservations or positive opinions regarding the medical profession which would affect your judgment so as to prevent you from rendering a fair and impartial verdict?

3. Are you or any member of your immediate family working in the medical field?  Will that affect your ability to render a fair and impartial verdict in a case involving allegations of medical billing fraud?

4. The defendant in this case is a physician who is alleged to have engaged in billing fraud in connection with medical treatments he provided.  Will the fact that the defendant is a physician affect your judgment so as to prevent you from rendering a fair and impartial verdict?

5. This case was investigated by the United States Postal Inspection Service, Internal Revenue

      Service and Department of Health and Human Service, Office of Inspector General.  Is there anything about your attitude towards those government agencies, or any other law enforcement agency, which would prevent you from rendering a fair and impartial verdict?

6. Have any among you had experience personally or through a family member with intravenous immunoglobulin treatment so as to prevent you from rendering a fair and impartial verdict?

7. Have any among you (or a family member) had a dispute with a doctor, nurse, medical testing laboratory or other healthcare provider so as to prevent you from rendering a fair and impartial verdict?

8. Have you or someone close to you had a dispute with an insurance company concerning coverage for medical treatment?  Do you believe that this dispute, or the manner in which it was handled, will affect your ability to render a fair and impartial verdict?

9. Have you or anyone close to you ever suffered from a blistering skin disease?

10. Have you or anyone close to you ever sought approval from an insurance company for an experimental medical treatment?

11. Do you have any opinions as to whether an insurance company or Medicare should pay for all experimental medical treatments regardless of cost that would affect your ability to render a fair and impartial verdict?

                                                                Respectfully submitted,

                                                                MICHAEL J. SULLIVAN
                                                                United States Attorney

October 15, 2007                      By:    <u>/s/Jeremy M. Sternberg</u>
                                                   JEREMY M. STERNBERG
                                                   JAMES E. ARNOLD
                                                   Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                               <u>/s/Jeremy M. Sternberg</u>
                                                               Jeremy M. Sternberg
                                                               Assistant U.S. Attorney