UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 05-10057-RCL** |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **ABDUL RAZZAQUE AHMED** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

**MOTION IN LIMINE BY THE UNITED STATES
TO ADMIT RULE 15 DEPOSITION TESTIMONY**

The United States hereby moves, in limine, to admit the videotapes of three depositions taken in this matter pursuant to Court Order and Fed. R. Crim. P. 15. The three depositions were taken of former patients of the defendant, Dr. Ahmed. The United States moves to admit the depositions, subject to rulings on the various objections noted below. Copies of the transcripts and the associated exhibits have been provided to defendant and, due to their volume, will be delivered to the Court with a courtesy copy of this motion.

1. Deposition of RL taken on January 20, 2006

The United States moves to admit the entirety of the direct and cross examination, as well as the documents discussed therein (Exhibits 100 through 104).

The United States requests that in order that the videotape be edited in advance of trial that the Court rule on the following objections, which were made by defendant:

- page 13, line 13 through page 13, line 17
- page 14, line 21 through page 15, line 24
- page 16 line 9 through page 15, line 17

2. <u>Deposition of RH taken on April 17, 2007</u>

The United States moves to admit the entirety of the direct and cross examination as well as the documents discussed therein (Exs. 105 through 108, and H1 through H6).

The United States requests that in order that the videotape be edited in advance of trial that the Court rule on the following objections:

<u>Defense Objections</u>

•Objection to the admissibility of Ex. 105 (RH's handwritten notes about which she testifies at pages 10-11, and the admissibility objection is made at page 20, lines 3 through 10.

•Page 27, line 20 to page 28, line 12

•Page 29, lines 19 through 23

•Page 64, lines 4 through 8

•Page 64, line 22 through page 65, line 6

•Page 66, line 20 through page 67, line 11

•Page 67, line 17 through page 68, line 5

<u>Government Objections</u>

•Page 43, line 22 to page 44, line 17

•Page 60, lines 1 through 6

3. <u>Deposition of RW taken on July 23, 2007</u>

The United States moves to admit the entirety of the direct and cross examination as well as the documents discussed therein (Exs. 105 through 108, and H1 through H6).

The United States requests that in order that the videotape be edited in advance of trial that the Court rule on the following objections:

Defense Objections

- Page 10, line 21 to page 11, line 14
- Page 13, lines 6 through 24
- Page 14, line 19 to page 15, line 4
- Page 18, lines 18 through 20
- Page 24, lines 17 through 24
- Page 25, line 8 to page 26, line 1
- Page 31, lines 9 through 24
- Page 36, lines 6 through 16
- Defendant moves to strike (and government has no objection) page 91, line 13 to page 92, line 10
- Page 100, lines 4 through 17
- Page 100, line 25 to page 101, line 9

Government Objections

- Page 69, lines 4 through 14
- Page 74, lines 15 through 20
- Page 77, line 24 to page 78, line 2
- Page 79, lines 20 to 24

**Conclusion**

The United States respectfully requests that the Court admit the videotapes of these deposition transcripts such that the United States can play these portions during its case in chief.

|  |  |
|---|---|
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/Jeremy M. Sternberg<br>James E. Arnold<br>Jeremy M. Sternberg<br>Assistant United States Attorneys<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |
| October 15, 2007 |  |

Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

| October 15, 2007 | /s/ Jeremy M. Sternberg<br>Jeremy M. Sternberg<br>Assistant U.S. Attorney |
|---|---|