UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 05-10057-RCL |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **ABDUL RAZZAQUE AHMED,** | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### GOVERNMENT'S WITNESS LIST

The United States hereby submits its initial Witness List in connection with the trial of this matter. The United States reserves the right to supplement or edit this list:

1. Special Agent Erika Alperin, Boston, MA

2. Diane Andryshak, Lorton, VA

3. Nancy Angierski, Buffalo, NY

4. Donald Banfield, Dunstable, MA

5. Ernst Beutner, Buffalo, NY

6. Kailash Bhol, Tewksbury, Massachusetts

7. Todd Bille, Ammendale, MD

8. Dr. Alan Binnick, Bennington, VT

9. Wendy Boone, Lorton, VA

10. Sandra Bower, Boston, MA

11. Marion Cameron, Centerville, MA

12. Kathy Carlson, Seekonk, MA

13. Dr. Jose Colon, Silver Spring, MA

14. Michael Cooney, Scituate, MA

15. Marjorie Cox, Brockton, MA

16. Teresa Crowley, Portland, ME

17. Peter Fontaine, S. Kingston, RI

18. Dr. C. Stephen Foster, Cambridge, Massachusetts

19. Dr. Steven Franks, Worcester, MA

20. Donna Furlong, Reading, Massachusetts

21. Dr. Norman Goldberg, Haverhill, MA

22. Kathleen Grimley

23. Diane Gufler, Warwick, RI

24. Molly Hackimer, Honolulu, HI

25. Dr. Russell P. Hall, III, Durham, North Carolina

26. Dr. Terrence Harrist, Cambridge, MA

27. Regina Hartnett (via video trial deposition)

28. Dr. David Hamrock, Beachwood, Ohio

29. Dr. Louis Hanson, Cumberland, ME

30. Ken Holland, State College, PA

31. Robert Jordon, Austin, TX

32. Keeper of Records Mayo Clinic, Rochester, MN

33. Keeper of Records, Beutner Laboratories, Buffalo, NY

34. Keeper of Records, Blue Cross Blue Shield of Massachusetts, Inc., Boston, MA

35. Keeper of Records of Cooney & Sons

36. Keeper of Records, Norwood Hospital, Norwood, MA

37. Keeper of Records, New England Medical Center, Boston, MA

38. Keeper of Records, Boston University School of Medicine, Boston, MA

39. Keeper of Records, Pathology Services, Inc., Cambridge, MA

40. Keeper of Records, Massachusetts Eye and Ear Clinic, Boston, MA

41. Keeper of Records, Harvard School of Dental Medicine, Cambridge, MA

42. Keeper of Records, Cleveland Clinic Florida, Weston, FL

43. Keeper of Records, Brigham and Women's Hospital, Boston, MA

44. Keeper of Records, Bank of America, Utica, NY

45. Keeper of Records, New England Baptist Hospital, Boston, MA

46. Keeper of Records, Tufts Health Plan, Watertown, MA

47. Keeper of Records Northeast Dermatology Associates, Andover, MA

48. Keeper of Records, Commonwealth Indemnity Plan, Andover, MA

49. Keeper of Records, Center for Blistering Diseases, Inc., Boston, MA

50. Keeper of Records StudioFlex Productions, Needham, MA

51. Keeper of Records of Quest Diagnostics, Madison, NJ

52. Keeper of Records of Federal Express, Memphis, TN

53. Keeper of Records of DHL, Plantation, FL

54. Keeper of Records of Evocare (or its successor), Riverside, RI

55. Keeper of Records of American Express, New York, NY

56. Keeper of Records of Quick & Reilly, Boston, MA

57. Keeper of Records of Medical Center of Boston

58. Patti Krause, Rochester, MN

59. Bernard Lambrese, Bristol, RI

60. Kelly Lambrese, Bristol, Rhode Island

61. Richard Layton (via video trial deposition)

62. Erik Letko, Portland, Oregon

63. Phyllis MacPherson, South Weymouth, Massachusetts

64. Shin Mak

65. Maria Marinello, Granby, MA

66. Edmund McLaughlin, Whitingham, VT

67. Dr. Ahmed Mohiuddin, Boston, MA

68. Jeremiah O'Leary, Braintree, MA

69. Dr. Harry Payton, Portland, ME

70. Jeff Perry

71. Joseph Phelan, Norwell, MA

72. Dr. Jeffrey Pittis, Bangor, ME

73. Richard Plunkett, Buffalo, NY

74. SA Peggy Ponzi, Buffalo, NY

75. Dr. William Primack, Chapel Hill, NC

76. Dr. Armand Prisco, Freeport, NY

77. Representative of National Heritage Insurance Company, Hingham, MA

78. Representative of Medicare/CMS

79. Dr. Michael Rosenbaum, Chelmsford, MA

80. Dr. Naveed Sami, Birmingham, AL

81. Postal Inspector Stacey Santoro, Boston, MA

82. Nancy Scanlan, Quincy, MA

83. Dr. Steven Shama, Boston, MA

84. Dr. Raymond Simmons, San Antonio, TX

85. Stephanie Smith, Dulles, VA

86. Dr. Stephen Sonis, Boston, MA

87. SA Kirin Surpless, Boston, MA

88. Norman Tessier, West Roxbury, MA

89. Robin Washburn, Kennebunk, ME

90. SA Christopher Waskey, Boston, MA

91. Dr. Robert Weiss (via video trial deposition)

92. Dr. Scott Weiss, Dover, MA

93. Ms. Jessie Williams, Boston, MA

94. Dr. John Woog, Rochester, MN

95. Charlotte Yeh, San Francisco, CA

96. Jean Zaniewski, Sharon, MA

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/Jeremy M. Sternberg
        James E. Arnold
        Jeremy M. Sternberg
        Assistant U.S. Attorneys
        One Courthouse Way
        Boston, MA 02210
        (617) 748-3100

        Date: October 26, 2007

## Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

October 26, 2007        /s/ Jeremy M. Sternberg
        Jeremy M. Sternberg
        Assistant U.S. Attorney