UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CRIMINAL NO. 05-10057-RCL |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **ABDUL RAZZAQUE AHMED,** ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States hereby submits its initial Exhibit List in connection with the trial of this matter. The United States reserves the right to supplement or edit this list:

1. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Donald Banfield dated 10/11/99 (Claim # 8701086192000)

2. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Bernard Gover dated 8/17/99 (Claim # 8701086902125)

3. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Richard Layton dated 9/28/99 (Claim # 8701086182000)

4. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Jeremiah O'Leary dated 8/16/99 (Claim #8701086901798)

5. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Joseph Primack dated 10/5/99 (Claim #8701086901809)

6. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG treatment on Armand Prisco dated 9/8/99 (Claim # 8701086901823)

7. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr.

    Ahmed for IVIG treatment on Robert Weiss dated 8/31/99 (Claim # 8701086901921)

8. Summary Exhibit of Dr. Ahmed's March 27, 2001 bills to Medicare

9. 9/15/99 memo from Carlson to Fontaine (EVO 00452-454)

10. Memo from Carlson to "Pete" (EVO 04965)

11. December 1, 1996 Management and Supply Agreement (EVO 00618-625)

12. March 20, 1997 letter from Kelly Collins to Dr. Michael Myers (NHI01401)

13. June/July 1997 Medicare B Health Resource Information for Providers in Maine, Massachusetts, New Hampshire and Vermont

14. NHIC Medical Policy Update regarding IVIG February/March 1998 (EVO 05798-05799)

15. Pre Publication Draft of NHIC Revised September 1999 Policy on IVIG (EVO 00427-430)

16. October 30, 1998 list of patients/diagnoses (EVO 04985)

17. October 30, 1998 list of patients/diagnoses (EVO04987)

18. Evocare corporate Amex records for August 1997, November 1997, December 1997, April 1998, June 1998, December 1998

19. Dr. Ahmed's Medicare Provider Agreement

20. Revenue Breakdown (EVO5792-5793)

21. 6/12/00 e-mails from Carlson to Quinn (EVO 04967-4969)

22. Notes (EVO 05330-5331)

23. Dr. Ahmed's medical file on Donald Banfield

24. Dr. Rosenbaum's medical file on Donald Banfield

24A. BU pathology report for Donald Banfield (ROS00006)

25. Handwritten letter with 1/14/99 date on it from Don Banfield to Dr. Rosenbaum (ROS00020)

25A. Fax cover sheet from Dr. Rosenbaum to Dr. Ahmed

26. Dr. Rosenbaum's notes of 6/4/98 re: Don Banfield (ROS00012)

27. Letter from Dr. Ahmed to Dr. Rosenbaum dated July 31, 1998 (ROS00015-16)

28. September 11, 2000 letter from Phyllis MacPherson to Dr. Rosenbaum (ROS00023) with letter from Dr. Ahmed to Dr. Rosenbaum dated July 16, 1998

29. 6/22/98 letter from Dr. Foster to Dr. Ahmed) (ROS00017)

30. 7/6/98 letter from Dr. Foster to Dr. Ahmed (ROS00013-14)

31. 4/8/99 letter from Dr. Ahmed to Dr. Woog re: Donald Banfield (AHM16256-16257)

32. Patient Ledger for Donald Banfield (AHM16283-285)

33. Physician Order Form for Donald Banfield (AHM16259-16260)

34. 6/16/98 letter from Dr. Ahmed to Dr. Foster re: Donald Banfield (AHM16286)

34A. Immunopathology Reports in name of Donald Banfield (AHM16251-16252)

35. 11/10/98 e-mail from Carlson to Quinn (EVO 4961)

36. Notes of Status Report for Dr. Ahmed's patients (EVO 02362, 2360, 2359, 2358)

37. A. Evocare Patient Referral Form (EVO 02364)

    B. Evocare Patient Referral Form (OPT 00190)

38. Donald Banfield Notes (EVO 02347-2348)

39. Fax from Kathy Carlson (EVO 2356)

40. 9/11/98 progress note by Kathy Carlson (EVO 3853)

41. Dr. Ahmed's medical file on Bernard Gover

42. Dr. Franks' medical file on Bernard Gover

43. August 15, 1998 letter from Dr. Franks to Dr. Ahmed regarding Bernard Gover (FRA00009-10)

44. June 23, 1998 pathology report regarding Bernard Gover (FRA00016)

45. September 2, 1998 letter from Dr. Ahmed to Dr. Franks regarding Bernard Gover (FRA00011-12)

46. September 11, 2000 letter from Phyllis MacPherson to Dr. Franks with attachment (letter dated September 9, 1998 from Dr. Ahmed to Dr. Franks) (FRA00013-15)

47. New England Baptist Hospital Registration Forms and Test Requisitions for Bernard Gover (NEB5207-5212)

48. Patient Ledger for Bernard Gover (AHM15896)

49. Evocare Plan of Treatment for Bernard Gover 9/8/98 (AHM01896)

50. Supplemental Order Form for Bernard Gover (AHM01886)

50A. Immunopathology Reports in name of Bernard Gover

51. September 23, 1998 e-mail from Caroline Quinn to Kathy Carlson regarding Bernard Gover (EVO 02749)

52. September 28, 1998 fax from Kathy Carlson to Phyllis MacPherson regarding Bernard Gover (EVO 02748)

53. Dr. Ahmed's medical file on Edmond McLaughlin

54. Dr. Binnick's medical file on Edmond McLaughlin

55. Cleveland Clinic Biopsy Report dated 2/2/96 on Ed McLaughlin (BIN00016)

56. Dr. Binnick's notes (BIN00020, 26-27)

57. Dr. Binnick's 2/16/96 biopsy report on Ed McLaughlin (BIN00018)

58. March 29, 1996 letter from Dr. Ahmed to Dr. Binnick (BIN00008-00009)

59. September 11, 2000 letter from Phyllis MacPherson to Dr. Binnick with attachment (BIN00025, BIN00002)

60. Immunopathology Reports dated 3/26/96 purportedly for Ed McLaughlin (AHM16007-8)

61. New England Baptist Hospital Discharge Summary for Ed McLaughlin dated 4/2/96 (BIN00023-24)

62. Progress Notes signed by Dr. Ahmed dated July 1, 1997 (AHM03460)

63. Patient Ledger for Ed McLauglin (AHM16023)

64. 1/1/00 letter from Edmond McLaughlin to Dr. Ahmed (AHM16004)

65. Pathology Services Report for Edmond McLauglin (AHM16010-16011)

66. June 17, 1996 letter from Dr. Ahmed to Vermont Circuit Court (AHM16025)

67. Dr. Ahmed's patient file for Jeremiah O'Leary

68. Excerpt of Jeremiah O'Leary speaking at 10/19/03 Pemphigus Meeting

69. 5/27/98 Treatment notes for Jeremiah O'Leary (AHM03691)

70. New England Baptist Hospital Registration Form 10/19/98 (signed by Donna Furlong) (NEB02030-2031)

71. Patient Ledger For Jeremiah O'Leary (AHM16039-16044)

72. Supplemental Order Form dated 8/16/99 (signed by Donna Furlong) (AHM03699)

73. 5/13/82 letter from Dr. Foster to "Whom it May Concern" re: Jeremiah O'Leary (MEE02229)

74. 6/15/98 letter from Dr. Ahmed to Dr. Foster re: Jeremiah O'Leary (MEE02415)

75. 9/1/98 letter from Dr. Foster to Jeremiah O'Leary (MEE02408)

76. January 19, 1998 fax from Phyllis MacPherson to Evocare (OPT02474-2475)

77. January 18, 1998 letter from Dr. Ahmed to Dr. Foster (AHM16029-16030)

78. Immunopathology Reports dated January 26, 1998 (AHM16027-28)

79. A/R Aging Report for Jeremiah O'Leary (EVO 03308)

80. Dr. Ahmed's medical file for Joseph Primack

81. Dr. Goldberg's medical file for Joseph Primack

82. Northeast Dermatology Associates pathology report dated 9/9/97 for Joseph Primack

82A. Pentucket Medical Associates Laboratory Report dated 9/15/97

82B. Dr. Goldberg's notes

83. March 24, 1998 letter from Dr. Ahmed to Dr. Goldberg re: Joseph Primack (AHM16045)

84. March 31, 1998 letter from Dr. Ahmed to Dr. Goldberg re: Joseph Primack (AHM16047)

85. July 23, 1999 letter from Dr. Ahmed to Dr. William Primack (AHM16053)

86. Immunopathology Reports for Joseph Primack (AHM16067-16068)

87. New England Baptist Hospital Discharge Order Report 7/17/99 (AHM03951)

88. 3/28/98 letter from Joseph Primack to Steve Shulman (AHM03956)

89. Patient Ledger for Joseph Primack (AHM03957-3960)

90. Pathology Services Report for Joseph Primack

91. Evocare Patient Referral Form for Joseph Primack (EVO 02910)

92. Physician Order Form for Joseph Primack dated 10/5/99 (AHM03968)

93. Excerpt of Joseph Primack speaking at 10/19/03 Pemphigus Meeting

94. 4/8/98 letter from Dr. Ahmed to Dr. Goldberg re: Joseph Primack (AHM16048)

95. Pathology Services Reports for Joseph Primack (PAT00815-818, PAT00205-206, AHM16065, PAT00603-613, AHM16049-AHM16052, AHM 16059-16060, PAT 00108-00109)

96. Status of Medicare Patients (Primack) (EVO 00591)

97. Dr. Ahmed's medical file for Richard Layton

98. 11/3/87 letter from Dr. Foster to Dr. Eagan re: Richard Layton (AHM 02875)

99. 5/20/97 letter from Dr. Foster to Dr. Ahmed re: Richard Layton (MEE03127)

100. 11/10/99 letter from Dr. Foster to Dr. Egan re: Richard Layton (MEE02963)

101. 2/10/98 letter from Richard Layton to Mr. Shulman (AHM02855)

102. 9/8/00 letter from Dr. Dohlman to Dr. Foster re: Richard Layton (MEE02739)

103. Immunopathology Reports for Richard Layton (AHM15966-15967)

104. Pathology Services Report for Richard Layton (PAT00864-872, PAT00248-00250)

105. Dr. Ahmed's medical file on Armand Prisco

106. 12/13/96 letter from Dr. Foster to Dr. Perry re: Armand Prisco (MEE01493)

107. 10/12/97 letter from Dr. Prisco to Dr. Foster (MEE01485)

108. Supplemental Order Form for Armand Prisco 9/8/99 (AHM16077)

109. Patient Ledger for Armand Prisco (AHM16073-16074)

110. 7/9/97 letter from Dr. Ahmed to Dr. Foster (AHM16069-16070)

111. Immunopathology reports for Armand Prisco (AHM16075-16076)

112. 4/2/99 letter from Armand Prisco to Charlotte Yeh (AHM16333-16334)

113. Dr. Ahmed's medical file on Robert Weiss

114. Pathology Services report for Robert Weiss dated 9/29/97 (AHM16214)

115. 4/1/99 letter from Dr. Weiss to Dr. Yeh (NHI01209-01211)

116. Immunopathology Reports for Robert Weiss (AHM16180-16181)

117. Plans of Treatment for Robert Weiss dated 7/11/98 (OPT05195) and 9/11/98 (OPT05187)

118. Supplemental Order Forms for Robert Weiss dated 4/19/99 (AHM05729), 5/12/99 (OPT05184), 6/1/99 (AHM05727), 6/2/99 (AHM05726), 6/21/99 (AHM05725), 7/12/99 (AHM05724), 8/4/99 (AHM05723), 8/30/99 (AHM05722), and (AHM05718)

119. Physician Order Forms, Immunoglobulin Therapy for Robert Weiss dated 9/27/99 (AHM05721), 10/25/99 (AHM05719), 12/27/99 (AHM05716), 4/3/00 (OPT05173), 5/15/00 (OPT05172)

120. 8/10/98 e-mail from Collins to Carlson (EVO 03038)

121. 10/15/98 fax from Kathy Carlson to Phyllis MacPherson (EVO 03032)

122. May 12, 1998 fax from Phyllis MacPherson to Evocare (OPT05286)

123. May 20, 1998 Plan of Treatment for Robert Weiss (AHM05743)

124. May 12, 1999 Supplemental Order Form (AHM05728)

125. Patient Notes regarding Regina Hartnett (AHM04323-4324)

126. Regina Hartnett's handwritten notes

127. Dr. Ahmed's handwritten notes

128. Discharge Summary for Regina Hartnett dated 7/27/96 (AHM15929)

129. 9/18/97 letter from Dr. Ahmed to Regina Hartnett

130. Norwood Hospital Pathology Report for Regina Hartnett (AHM15934-15935)

131. Immunopathology Reports for Regina Hartnett (AHM 15932-15933)

132. New England Baptist Hospital Discharge Summary for Regina Hartnett (AHM15929-

   15930, AHM15940-15941, AHM15943)

133. May 1996 article in Journal of American Academy of Dermatology entitled "Coexistence of pemphigus vulgaris and ocular cicatricial pemphigoid"

134. 12/19/96 letter from Dr. Ahmed to John Hancock (AHM08542-08544)

135. 1999 article in Ophthalmology entitled "Intravenous Immunoglobulin Therapy for Ocular Cicatrical Pemphigoid"

136. List of patients studied in the article entitled "Intravenous Immunoglobulin Therapy for Ocular Cicatricial Pemphigoid"

137. Immunopathology Reports

138. 2000 article in Current Eye Research entitled "Influence of intravenous immunoglobulin therapy on serum levels of anti-$\beta 4$ antibodies in ocular cicatricial pemphigoid"

139. 2001 article in Clinical Immunology entitled "Simultaneous Presence of Mucous Membrane Pemphigoid and Pemphigus Vulgaris: Molecular Characterization of Both Autoantibodies"

140. 2002 article in Dermatology entitled "Diagnostic Features of Pemphigus vulgaris in Patients with Bullous Pemphigoid" (BEU00216-225)

141. Beutner Labs Invoice #1 dated 5/5/2000 (BEU00010)

142. Beutner Labs Invoice #1 dated 6/30/00

143. Dr. Ahmed's check #2879

144. Dr. Ahmed's check #2905 drawn on Fleet account dated 7/6/00 in the amount of $6,418.60

145. Beutner Lab Summary of Findings (BEU00209-211)

146. 2/24/04 e-mail from Naveed Sami to Kailash Bhol

147. 4/15/03 e-mail from Naveed Sami to Kailash Bhol

148. 2/6/03 Employment Agreement between Naveed Sami and the Center For Blistering Diseases, Inc.

149. 2/19/03 e-mail from Naveed Sami to Jeff Casiglia

150. 2/20/03 e-mail from Naveed Sami to Jeff Casiglia

151. List of patients and sample dates (BEU00027)

152. 6/26/00 letter from Dr. Ahmed to Dr. Plunkett (BEU00026)

153. Lab Log books (A-Z in two volumes)

154. June 15, 2000 HIPAA Subpoena to Dr. Ahmed

155. 4/15/03 e-mail from Kailash Bhol to Naveed Sami

156. 4/17/03 e-mail from Kailash Bhol to Naveed Sami

157. 11/11/03 e-mail from Kalash Bhol to Alireza Firooz

158. Chart of Patient results from three labs (Ahmed, Beutner, Mayo)

159. 6/15/00 letter from Kailash Bhol to Dr. Kumar and attachments

160. 6/18/00 letter from Dr. Ahmed to Dr. Beutner (BEU00025)

161. 6/27/00 note from Kailash Bhol to Dr. Beutner (BEU00031)

162. Second List of Patients from Dr. Ahmed dated 6/27/00 (BEU00032-00034)

163. 6/29/00 letter from Dr. Beutner to Dr. Ahmed

164. July 9, 1999 fax from Phyllis MacPherson to Evocare (EVO 02793-2794)

165. March 27, 2001 letter from Kathy Carlson to Medicare enclosing bill for treatment on Cornelia Keyser

166.  8/31/98 letter from Dr. Ahmed to Dr. Dichter (AHM00610-612)

167.  12/6/99 letter from Dr. Ahmed to Dr. Leahy re: Roger Bonin (AHM00600-00601)

168.  6/22/99 letter from Dr. Ahmed to Sue Kranske (AHM16118-16119)

168A. May 27, 2001 letter from Kathy Carlson to Medicare enclosing bill on behalf of Dr. Ahmed for IVIG on Edwin Schlenk

169.  12/21/99 letter from Dr. Ahmed to Vicky Callini

170.  Dr. Ahmed's Lab Reports (USA031-0331-0479)

171.  Summary Exhibits of Dr. Ahmed's Lab Reports

172.  Russell Hall blistering disease powerpoint

173.  Dr. Russell Hall's CV

174.  Mayo Clinic disease testing results summary sheet and individual work sheets for Claire Duff, Richard Layton, Mildred Lehrman, Joseph Primack, Edwin Schlenk, Steven Shain, Adele Skolfield, Norman Tessier, Jessie Williams, Barbara Ross (MAYO00190-208)

175.  Mayo Clinic testing protocols

176.  1/27/04 subpoena

177.  Quick & Reilly check and deposit information

178.  CBD incorporation papers

179.  Stipulation

180.  Beutner Lab Photos 3/03

181.  Beutner Lab Photos 8/03

182.  Summary Exhibits of Dr. Ahmed's claims to and payments from Medicare for IVIG

treatments to patients identified in the Indictment[1]

183. Summary Exhibits of profit from Dr. Ahmed's IVIG treatments to patients identified in the Indictment[2]

184. Bank of America/Fleet banking information for Dr. Ahmed's infusion and operating account

185. Dr. Ahmed's medical file for Nancy Baradyn[3]

186. Dr. Ahmed's medical file for Raymond Baskin

187. Dr. Ahmed's medical file for Roger Bonin

188. Dr. Ahmed's medical file for Mary Cray

189. Dr. Ahmed's medical file for Claire Duff

190. Dr. Ahmed's medical file for Joseph Folliard

191. Dr. Ahmed's medical file for Florence Gronback

192. Dr. Ahmed's medical file on Regina Hartnett

193. Dr. Ahmed's medical file for Cornelia Keyser

194. Dr. Ahmed's medical file for Mildred Lehrman

195. Dr. Ahmed's medical file for Maria Marinello

---

[1]The Medicare documents on which these summaries are based have been identified and made available to the defendant. If necessary at trial, they may be marked for identification to establish a foundation for the preparation of the summary.

[2]The documents produced by defendant on which these summaries are based have been identified and made available to the defendant. If necessary at trial, they may be marked for identification to establish a foundation for the preparation of the summary.

[3]The originals of these medical files have been subpoenaed from the keeper of records of Center for Blistering Diseases, Inc. and upon production at trial will be marked then. Having produced copies to the government during the investigation, defendant has these files.

196. Dr. Ahmed's medical file for Corinne Pepper

197. Dr. Ahmed's medical file for Barbara Ross

198. Dr. Ahmed's medical file for Edward Schlenk

199. Dr. Ahmed's medical file for Richard Sharpe

200. Dr. Ahmed's medical file for Adele Skofield

201. Dr. Ahmed's medical file for Jessie Williams

202. Dr. Ahmed's medical file for David Anker

203. Todd Bille's CV

204. Bode's ASCLAD Certificate

205. Todd Bille's DNA powerpoint

206. Bode's July 3, 2003 report and associated materials

207. Bode's February 26, 2004 report and associated materials

208. Bode's December 16, 2004 report and associated materials

209. Bode's lab procedures and protocols

210. Summary Exhibits of Bode DNA results

211. Pathology Services Report for Jessie Williams (AHM16239)

212. 1/19/96 New England Baptist Hospital Discharge Report for Jessie Williams (AHM16235-16236)

213. 7/23/96 New England Baptist Hospital Discharge Report for Jessie Williams (AHM16233-16234)

214. 1/27/97 letter from Dr. Ahmed to Dr. Shama (AHM16231-16232)

215. 9/11/00 letter from Phyllis MacPherson to Dr. Shama with enclosure (SHA00061, 0007-

0008)

216. Pathology Services Report for Cornelia Keyser (AHM02547-02548)

217. 9/1/99 letter from Kayser to Dr. Foster (AHM02576)

218. 2/22/00 letter from Dr. Ahmed to Dr. Hanson (AHM02562-02563)

219. 9/11/00 letter from Phyllis MacPherson (with attachment) (HAN00003-00006)

220. Erik Letko's lab notebook

221. Erik Letko's notes

222. 12/18/00 letter from Dr. Beutner to Dr. Ahmed

223. Beutner Laboratories Reports from June/July 2000

224. Raymond Baskin New Patient Information

225. Immunopathology Reports in name of Raymond Baskin

226. 9/13/93 letter from Dr. Ahmed to Dr. Izzi

227. Physician Attestation Statement and Discharge Summary 10/23/93 regarding Raymond Baskin

228. Pathology Services Report dated October 20, 1993 regarding Raymond Baskin

229. Pathology Services Report dated December 14, 1994 regarding Raymond Baskin

230. Pathology Services Report dated August 14, 1995

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/Jeremy M. Sternberg
     James E. Arnold
     Jeremy M. Sternberg
     Assistant U.S. Attorneys

<u>Certificate of Service</u>

    I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

October 26, 2007        /s/ Jeremy M. Sternberg
                                     Jeremy M. Sternberg
                                       Assistant U.S. Attorney