UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 05-10057-RCL |
| v. | ) ) |  |
| ABDUL RAZZAQUE AHMED | ) ) |  |
| Defendant. | ) ) |  |

**DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING**

Now comes the defendant, Abdul Razzaque Ahmed, M.D., in the above-referenced matter and respectfully requests this honorable Court continue the hearing currently scheduled for February 4, 2008 to March 31, 2008. As grounds therefore, the defendant states the following:

1) Defendant's counsel has a scheduled vacation and will be out of town from February 3, 2008 to February 11, 2008;

2) Jeremy Sternberg, Assistant United States Attorney, has assented to rescheduling the hearing to March 31, 2008.

WHEREFORE, the defendant respectfully requests that the sentencing hearing currently scheduled for February 4, 2008 be continued to March 31, 2008 – a mutually agreeable date between the parties.

        Respectfully submitted,
        Abdul Razzaque Ahmed, MD
        Defendant,
        By his attorney,

        /s/ Richard M. Egbert
        Richard M. Egbert, Esquire
        BBO #151800
        Law Offices of Richard M. Egbert, P.C.
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        (617) 737-8222

Dated: December 17, 2007

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 17, 2007.

        /s/ Richard M. Egbert
        Richard M. Egbert, Esquire