**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-10057-RCL |
| v. ) | |
| ABDUL RAZZAQUE AHMED ) | |
| Defendant. ) | |

### ASSENTED TO MOTION TO PERMIT USE OF PATIENT NAMES

Previously an Order was entered which in essence required parties to refer to all patients by initials only. This Order was issued at the request of the Government.

Now the parties wish to be permitted to use the names of patients who have testified at depositions, and those who have or will supply letters to the Court concerning sentencing.

WHEREFORE, the parties request the Order previously entered be modified as indicated herein.

Respectfully submitted,
Abdul Razzaque Ahmed, MD
Defendant,
By his attorney,

/s/ Richard M. Egbert
Richard M. Egbert, Esquire
BBO #151800
Law Offices of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222

Assented to by:

/s/ Jeremy M. Sternberg
Jeremy M. Sternberg, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 1200
Boston, MA 02210
(617) 748-3142

Dated: February 20, 2008

**CERTIFICATE OF SERVICE**

    I, Richard M. Egbert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 20, 2008.

/s/ Richard M. Egbert
Richard M. Egbert, Esquire