```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-10057-RCL |
| ) | |
| ABDUL RAZZAQUE AHMED, ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW MOTION FOR**
**FINAL ORDER OF FORFEITURE (Document No. 166)**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves to withdraw its March 10, 2008 Motion for Final Order of Forfeiture (the "Motion"), docketed as Document Number 166. As grounds therefore, the United States submits that on this date, it has filed an Assented-To Motion for Final Order of Forfeiture and proposed Final Order of Forfeiture. The Assented-To Motion and proposed Final Order of Forfeiture filed on this date contain changes that were negotiated with counsel for defendant Abdul Razzaque Ahmed, who has assented to the relief requested therein.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              BY:   /s/Kristina E. Barclay
                                          JEREMY STERNBERG
                                          KRISTINA E. BARCLAY
                                          Assistant U.S. Attorneys
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
Date: March 17, 2008                  (617) 748-3100

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Motion to Withdraw Motion for Final Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            /s/Kristina E. Barclay
                                            Kristina E. Barclay
                                            Assistant U.S. Attorney

Date: March 17, 2008