

BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (513) 362-8772
Fax:     (513) 362-8773
Email:   Jones-N@BlankRome.com

March 18, 2008

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**

Honorable Reginald C. Lindsay
United States District Court - District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:   United States of America v. Dr. Abdul Razzaque Ahmed
            Docket No. 05-10057 RCL

Dear Judge Lindsay:

    In September, 2007, I was retained to serve as personal counsel to Dr. Abdul Razzaque Ahmed, defendant in the above-styled criminal matter pending before you. It is now scheduled on your docket for sentencing on March 31, 2008. I deferred entering an appearance during the adversarial phase of the matter in that Dr. Ahmed was being adequately represented by prominent Boston counsel. Now that the issues relating to criminal responsibility have been resolved and a plea of guilty entered, I feel it appropriate to respond positively to the request of my client, Dr. Ahmed, that I offer to the Court a perspective that might be helpful to you in deciding on an appropriate disposition.

    It is with the utmost respect, that I, therefore, offer an observation as to Dr. Ahmed's character insofar as it may bear on the nature of the punishment options before the Court. In doing so I draw upon my many years as a federal prosecuting attorney and over two decades as an appellate judge during which I reviewed sentencing issues that came before me. As I do this, I, in no way, wish to be understood as challenging the merits of this case to which a plea of guilty has been entered.

    Since being retained by Dr. Ahmed I have, in addition to the opportunity to review numerous documents, counseled with my client. What I wish to impart to you as the sentencing judge is a perspective gleaned from having developed a familiarity with his background. That background of experiences, in my judgment, has molded his character. I have found Dr. Ahmed to be a person whose sense of caring springs from a deeply held desire to relieve human



Honorable Reginald C. Lindsay
March 18, 2008
Page 2

suffering and a profound desire to improve the quality of life of his patients. The character trait of caring obviously impacted his judgment, which perhaps clouded his understanding of the various competing obligations which our society, through law, imposes upon all citizens. That, to me, seems the path that has led to this point.

In reviewing the Probation Report and the excellent Sentencing Memorandum submitted to the Court by Richard Egbert on behalf of Dr. Ahmed, I note that they contain recommendations of six months home confinement and 400 hours of community service. Those recommendations are consistent with the concerns a sentencing Judge must always have for the public good. For Dr. Ahmed to remain able to care for patients afflicted with the horrible diseases described in the reports would be in the public interest.

Judge Lindsay, I hope that you will find this perspective on Dr. Ahmed's character to be helpful, for that is the spirit in which I offer it.

Sincerely,

Nathaniel R. Jones
Senior Counsel

NRJ:rb

cc:   Jeremy M. Sternberg, Assistant U.S. Attorney
      John M. Bocon, Chief U.S. Probation Officer
      Laura M. Roffo, U.S. Probation Officer
      Richard M. Egbert, Esq.