UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) Criminal No. 05-10057-RCL<br>v. )<br>)<br>ABDUL RAZZAQUE AHMED, )<br>)<br>Defendant. ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD ADJUSTMENT
BASED ON TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through Michael J. Sullivan the United States Attorney for the District of Massachusetts, and Jeremy M. Sternberg, Assistant U.S. Attorney, respectfully moves the Court, pursuant to U.S.S.G. §3E1.1, for an additional one-level downward adjustment in Defendant's offense level on the ground that he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
(617) 748-3142

Certificate of Service

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

March 27, 2008           /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney