UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RAZZAQUE AHMED,<br>       Defendant | Case No.  05-10057-RCL |

### MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Saudi Arabia (May 29-June 2) for religious services, and two locations in India (June 2-June 11) to participate in ceremonies commemorating the death of his mother and uncle.

 In support, Dr. Ahmed states as follows:

1. Dr. Ahmed pled guilty on November 5, 2007.  He is currently awaiting sentence, which has been continued to August 18, 2008 due to Judge Lindsay's health.

2. Dr. Ahmed wishes to travel to his mother's gravesite in Saudi Arabia for "Umrah," the prayer and religious services associated with the anniversary of her death.

3. It is part of the Muslim tradition and culture for the surviving relatives to travel to Saudi Arabia and pray in Mecca and Medina.  The planned dates are May 29, 2008 to June 2, 2008, for one day and night of worship in Mecca, and one day and night of worship in Medina.  This religious service is considered

1

an essential part of Muslim religious and spiritual life, and is a religious duty on Dr. Ahmed's part.

4. Following this is the series of prayers at the gravesite of Dr. Ahmed's mother, in India, for three (3) consecutive days. The ceremony will take place June 4, 5, 6, with travel to the nearest train station on June 7.  In the Muslim-Indian tradition, it is of great personal and spiritual importance to him that he be able to participate and grieve with his family.

5. The final sets of prayers and worship events occur at the tomb of the family Saint, also in India. The planned dates are June 8, 2008 to June 11, 2008.

6. Both towns in India are small and remote, approximately 850 miles apart. There are no airline services between these two locations; therefore, Dr. Ahmed will need to travel by taxi or train, and because travel to India is lengthy, it will take multiple days for Dr. Ahmed to travel to and from India.

7. Dr. Ahmed's travel itinerary has been condensed significantly to the extent that minimal time is spent at each religious site, and the shortest travel time has been calculated.

8. Dr. Ahmed is prepared to forward his complete itinerary to United States Pretrial Services Officer Eric Gray, once the arrangements have been made.

9. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

10. As this Court may recall, it previously found that Dr. Ahmed is not a flight risk.  Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

11. Jeremy Sternberg of the United States Attorneys Office has been notified of this request and opposes this motion, but will not be filing any opposition.

12. Eric Gray of Pretrial Services assents to this motion with the understanding that within a day of Dr. Ahmed's return, he submits his passport to Pretrial Services.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Saudi Arabia (May 29-June 2) for religious services, and two locations in India (June 2-June 11) to participate in ceremonies commemorating the death of his mother and uncle.

> Respectfully submitted,
> ABDUL RAZZAQUE AHMED,
> By his attorneys,
>
> /s/ Richard M. Egbert
> Richard M. Egbert, BBO # 151800
> Patricia A. DeJuneas, BBO # 652997
> 99 Summer Street, Suite 1800
> Boston, Massachusetts 02110
> (617) 737-8222

Dated: April 23, 2008

3

**CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 23, 2008.

                                                               /s/ Richard M. Egbert