UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL RAZZAQUE AHMED,<br>    Defendant | Case No. 05-10057-RCL |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Marrakech, Morocco from July 26 through August 6, 2008. Dr. Ahmed has been invited by the Islamic Medical Association of North America to speak at their International Conference. Dr. Ahmed is a member of the Continuing Medical Education Committee hosting the event in Morocco.

In support, Dr. Ahmed states as follows:

1. Dr. Ahmed pled guilty on November 5, 2007. He is currently awaiting sentence, which has been continued to August 18, 2008 due to Judge Lindsay's health.

2. Dr. Ahmed wishes to travel to Morocco to give a seminar on the medical management of hair loss. The topic is of significant interest to the medical community; and as an integral and important member of the educational team of Islamic Medical Association of North America, it is essential that Dr. Ahmed attend its most important Meeting for 2008.

3. During the 8th to 11th centuries A.D., Morocco was a highly-respected center for medical education and research. These historical perspectives and their impacts will be presented and discussed.

4. Dr. Ahmed has been involved with the review of the abstracts and selection of the speakers for the 2008 Meeting in Morocco. The Meeting is primarily to enhance international participation, stimulate international exchange of ideas, and to promote collegiality amongst physicians and healthcare providers of other nations and cultures.

5. Dr. Ahmed did attend and participate in the Islamic Medical Association of North America Meeting in China in August 2006, after the indictment of March 2005.

6. Dr. Ahmed is prepared to forward his complete itinerary to United States Pretrial Services Officer Eric Gray, once the arrangements have been made.

7. Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

8. As this Court may recall, it previously found that Dr. Ahmed is not a flight risk. Furthermore, Dr. Ahmed has been permitted to leave the country prior to this request and has done so without issue.

9. Jeremy Sternberg of the United States Attorneys Office has been notified of this request and opposes this motion, but will not be filing any opposition.

10. Eric Gray of Pretrial Services has been notified of this request and assents to this motion.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Marrakech, Morocco from July 26 through August 6, 2008.

                        Respectfully submitted,
                        ABDUL RAZZAQUE AHMED,
                        By his attorneys,

                        /s/ Richard M. Egbert
                        Richard M. Egbert, BBO # 151800
                        Patricia A. DeJuneas, BBO # 652997
                        99 Summer Street, Suite 1800
                        Boston, Massachusetts 02110
                        (617) 737-8222

Dated: July 1, 2008

## CERTIFICATE OF SERVICE

      I, Richard M. Egbert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 1, 2008.

                        /s/ Richard M. Egbert