UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 05-10057-RCL |
| v. | ) ) |  |
| ABDUL RAZZAQUE AHMED, | ) ) |  |
| Defendant | ) ) |  |

NOTICE OF APPEARANCE

Please enter the appearance of Attorney Ingrid Martin of Dwyer & Collora, LLP on behalf of the defendant, Dr. Abdul Razzaque Ahmed, in this matter.

    Respectfully submitted,
    **Dr. Abdul Razzaque Ahmed,**
    By his attorney,

    /s/ Ingrid S. Martin
    Ingrid S. Martin (BBO #653532)
    DWYER & COLLORA, LLP
    600 Atlantic Avenue
    Boston, MA 02110-2211
    Telephone: 617-371-1000
    Fax: 617-371-1037

Dated: July 28, 2008

Certificate of Service

I, Ingrid S. Martin, hereby certify that I have, on this 28th day of July, 2008, caused the above document to be electronically served upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

    /s/ Ingrid S. Martin