UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ABDUL RAZZAQUE AHMED, ) <br> ) <br> Defendant ) | Case No. 05-10057-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Attorney Paul Cirel of Dwyer & Collora, LLP on behalf of the defendant, Dr. Abdul Razzaque Ahmed, in this matter.

                Respectfully submitted,
                **Dr. Abdul Razzaque Ahmed,**
                By his attorney,

                /s/ Paul Cirel
                Paul R. Cirel (BBO #084320)
                DWYER & COLLORA, LLP
                600 Atlantic Avenue
                Boston, MA  02110-2211
                Telephone: 617-371-1000
                Fax: 617-371-1037
                pcirel@dwyercollora.com

Dated:  August 5, 2008

## Certificate of Service

I, Paul Cirel, hereby certify that I have, on this 5th day of August, 2008, caused the above document to be electronically served upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

                /s/ Paul Cirel