UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-10057-RCL |
| v. ) | |
| ) | |
| ABDUL RAZZAQUE AHMED, ) | |
| ) | |
| Defendant ) | |

## MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Abdul Razzaque Ahmed respectfully requests that this Court modify the terms of his pre-trial release to allow him to travel to Paris, France from September 15, 2008 through September 22, 2008. Dr. Ahmed has been invited by the European Academy of Venereology and Dermatology ("EAVD") to speak at its 17th Congress.

In support, Dr. Ahmed states as follows:

1.  Dr. Ahmed pled guilty on November 5, 2007. He is currently awaiting sentencing, which has been continued to October 8, 2008 due to Judge Lindsay's health.

2.  Dr. Ahmed wishes to travel to Paris to chair the Congress's session on auto-immune bullous diseases. These diseases cause a person's skin or mucosa to form painful blisters and can cause portions of the skin or mucosa to fall off. Dr. Ahmed has unique expertise in these are potentially fatal diseases, and therefore it is important that Dr. Ahmed be permitted to participate in this Congress.

3.  Dr. Ahmed has been asked to chair the session on auto-immune bullous diseases because he has made some of the most important contributions to the treatment of these diseases in the last seven years and has developed one of the few comprehensive, multi-faceted centers to treat all aspects of blistering diseases. He also has described two of the most effective therapies

for treating patients with these potentially fatal diseases and will be presenting on these therapies at the Congress.

4.  Attached hereto as Exhibit A is a copy of the letter Dr. Ahmed received from the EAVD confirming his role at the upcoming Congress.

5.  Dr. Ahmed is prepared to provide his complete itinerary to United States Pretrial Services Officer Eric Gray once permission to travel is granted and arrangements are finalized.

6.  This Court has previously found that Dr. Ahmed is not a flight risk and there has not been any change in circumstance that would warrant a different conclusion.

7.  Since he has been released on bail, Dr. Ahmed has met each and every condition imposed upon him, and he will continue to do so for the duration of this case. Since his indictment in 2005, Dr. Ahmed has been permitted to travel abroad multiple times – including trips to Saudi Arabia, China, and Morocco – and each time he has returned as scheduled and has returned his passport to the appropriate Pretrial Services Officer.

8.  AUSA Jeremy Sternberg has been notified of this request and opposes this motion, but has indicated that he will not file any opposition.

9.  Eric Gray of Pretrial Services has been notified of this request and assents to this motion.

WHEREFORE, Dr. Ahmed respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release and to allow him to travel to Paris, France from September 15 through September 22, 2008.

Respectfully submitted,
**Dr. Abdul Razzaque Ahmed,**
By his attorney,

/s/ Ingrid S. Martin
Paul R. Cirel (BBO #084320)
Ingrid S. Martin (BBO #653532)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02110-2211
Telephone: 617-371-1000
Dated: August 21, 2008    Fax: 617-371-1037

### Certificate of Service

I, Ingrid S. Martin, hereby certify that I have, on this 21st day of August, 2008, caused the above document to be electronically served upon Assistant U.S. Attorneys Michael K. Loucks, James Arnold, and Jeremy Sternberg, Office of the United States Attorney, District of Massachusetts, One Courthouse Way, Boston, MA 02210.

/s/ Ingrid S. Martin



**PARIS 2008**



**17th EADV CONGRESS**
Palais des Congrès Paris
17-21 September 2008

Dr. RAZZAQUE AHMED
New England Baptist Hospital
Center for Blistering Diseases
70 Parker Hill Ave, Suite 208
02120 MA Boston
USA

Paris, 29 May 2008

---

**HONORARY PRESIDENTS**
Philippe Laurel
Jean-Paul Ortonne
Jean-Hilaire Saurat

**CONGRESS PRESIDENT**
Pascal Joly

**VICE-PRESIDENT**
Jacques Housel

**SECRETARY GENERAL**
Olivier Chosidow

**LOCAL EXECUTIVE SCIENTIFIC COMMITTEE**
Bernard Cribier
President
Pierre Wolkenstein
Secretary
Marie Beylot-Barry
Jean Paul Claudel
Michel Le Maître

Congress Office
EADV 2008
c/o MCI - 24, rue Chauchat
FR - 75009 Paris - France
Tel +33 (0)1 53 85 82 70
Fax +33 (0)1 53 85 82 83

---

Dear **Dr. AHMED,**

On behalf of the Organising Committee of the 17th EADV CONGRESS – PARIS 2008, we are very pleased to send you here below details concerning your session and participation:

- Your will participate as a: **CO-CHAIR 2**
- In session: **Auto-immune bullous diseases**
- Session reference code: **W15** - Session type: **WORKSHOP**
- This session will take place on: **FRIDAY 9/19/2008**
- It will start at **10H00** and end at **11H30**
- It be held in meeting room: **ROOMS 242A & 242B**

The **AUTHORS GUIDELINES**, which will help you prepare your session (as a chair or a speaker), will be available on the congress website (www.eadvparis2008.com) by mid June along with the final programme. If you are a speaker, you will find there also details concerning your presentation time and reference number.

May we reconfirm that your registration fees are waived and that you are offered a ticket to the congress dinner (if you wish to attend it, please make sure you sign up for it upon registering).

Also, if your contact details above are incorrect or incomplete, please let us know so that we update them; kindly send any corrections / missing details to: scientific@eadvparis2008.com

We remain at your disposal for any further information and look forward to welcoming you in Paris in September.

Yours sincerely,

Bruna Bertolini                          Florent Lachaut
Congress Coordinator           Scientific Programme Secretariat

Scientific Secretariat Contact
Telephone : + 33 (0)1 53 85 82 70
Email: scientific@eadvparis2008.com